UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NEFRETITI MAKENTA**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 06- 1093 ( JR) |
| vs. | ) |
| | ) |
| **DISTRICT OF COLUMBIA, et al.**, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE OF COUNSEL

The Clerk of this Court will please note the appearance of Frederick D. Cooke, Jr, as counsel for Defendant ACS Government Systems, Inc. in the above-captioned matter.

Respectfully submitted,

/s/ Frederick D. Cooke, Jr.
_____
Frederick D. Cooke, Jr. D.C. Bar No. 164608

Rubin, Winston, Diercks, Harris & Cooke, LLP
1155 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036

202 861 0870
202 429 0657 (facsimile)

Counsel for ACS Government Systems, Inc.

## CERTIFICATE OF SERVICE

I, Frederick D. Cooke, Jr., do hereby certify that on this 6th day of March, 2006 a copy of the foregoing Notice of Appearance of Counsel was filed electronically and sent by first class mail, postage pre paid, to the following:

> Daniel Pearce Butler, Esq.
> Assistant United States Attorney
> Office of the U.S. Attorney
> 555 4th Street, NW
> Washington, D.C. 20001

/s/ Frederick D. Cooke, Jr.
_____
Frederick D. Cooke, Jr