UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NEFRETITI MAKENTA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 06-1093 (JR) |
| vs. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.**, | ) | |
| | ) | |
| Defendants. | ) | |

### ANSWER OF DEFENDANT ACS GOVERNMENT SYSTEMS, INC.

For its answer to the foregoing Complaint, Defendant ACS Government Systems, Inc. (hereinafter "Defendant ACS"), by and through undersigned counsel states as follows:

1. The allegations of paragraph 1 of the Complaint are jurisdictional and do not require an answer. To the extent that an answer is required, Defendant ACS denies the allegations of paragraph 1 of the Complaint.

2. Defendant ACS admits the allegations of paragraph 2 of the Complaint.

3. Defendant ACS is without sufficient knowledge to form a belief with respect to the allegations of paragraph 3 of the Complaint and they are therefore denied.

4. Defendant ACS admits the allegations of paragraph 4 of th Complaint.

5. Defendant ACS admits the allegations of paragraph 5 of the Complaint.

6. Defendant ACS is without sufficient information to form a belief with respect to the allegations of paragraph 6 of the Complaint and they are therefore denied.

7. Defendant ACS is without sufficient information to form a belief with respect to the allegations of paragraph 7 of the Complaint and they are therefore denied.

8. Defendant ACS is without sufficient information to form a belief with respect to the allegations of paragraph 8 of the Complaint and they are therefore denied.

9. Defendant ACS is without sufficient information to form a belief with respect to the allegations of paragraph 9 of the Complaint and they are therefore denied.

10. Defendant ACS is without sufficient information to form a belief with respect to the allegations of paragraph 10 of the Complaint and they are therefore denied.

11. Defendant ACS is without sufficient information to form a belief with respect to the allegations of paragraph 11 of the Complaint and they are therefore denied.

12. Defendant ACS is without sufficient information to form a belief with respect to the allegations of paragraph 12 of the Complaint and they are therefore denied.

13. Defendant ACS is without sufficient information to form a belief with respect to the allegations of paragraph 13 of the Complaint and they are therefore denied.

14. Defendant ACS is without sufficient information to form a belief with respect to the allegations of paragraph 14 of the Complaint and they are therefore denied.

15. Defendant ACS is without sufficient information to form a belief with respect to the allegations of paragraph 15 of the Complaint and they are therefore denied. Defendant ACS notes that the charges against Plaintiff were dismissed for failure to prosecute and not because they were false.

16. Defendant ACS denies the allegations of paragraph 16 of the Complaint.

17. Defendant ACS denies the allegations of paragraph 17 of the Complaint.

18. Defendant ACS denies the allegations of paragraph 18 of the Complaint.

19. Defendant ACS denies the allegations of paragraph 19 of the Complaint.

20. Defendant ACS denies the allegations of paragraph 20 of the Complaint.

21. Defendant ACS denies the allegations of paragraph 21 of the Complaint.

22. Defendant ACS admits or denies as appropriate the allegations of paragraph 22 of the Complaint.

23. Defendant ACS denies the allegations of paragraph 23 of the Complaint.

24. Defendant ACS denies the allegations of paragraph 24 of the Complaint.

25. Defendant ACS admits or denies as appropriate the allegations of paragraph 25 of the Complaint.

26. Defendant ACS denies the allegations of paragraph 26 of the Complaint.

27. Defendant ACS denies the allegations of paragraph 27 of the Complaint.

28. Defendant ACS admits or denies as appropriate the allegations of paragraph 28 of the Complaint.

29. Defendant ACS denies the allegations of paragraph 29 of the Complaint.

30. Defendant ACS denies the allegations of paragraph 30 of the Complaint.

31. Defendant ACS admits or denies as appropriate the allegations of paragraph 31 of the Complaint.

32. Defendant ACS denies the allegations of paragraph 32 of the Complaint.

33. Defendant ACS denies the allegations of paragraph 33 of the Complaint.

34. Defendant ACS denies the allegations of paragraph 34 of the Complaint.

35. Defendant ACS denies the allegations of paragraph 35 of the Complaint.

36. Defendant ACS admits or denies as appropriate the allegations of paragraph 36 of the Complaint.

37. Defendant ACS denies the allegations of paragraph 37 of the Complaint.

38. Defendant ACS denies the allegations of paragraph 38 of the Complaint.

39. Defendant ACS denies the allegations of paragraph 39 of the Complaint.

40. Defendant ACS denies the allegations of paragraph 40 of the Complaint.

41. Defendant ACS admits or denies as appropriate the allegations of paragraph 41 of the Complaint.

42. Defendant ACS denies the allegations of paragraph 42 of the Complaint.

43. Defendant ACS denies the allegations of paragraph 43 of the Complaint.

44. Defendant ACS denies the allegations of paragraph 44 of the Complaint.

WHEREFORE, Defendant ACS respectfully requests that the Complaint be dismissed with prejudice.

Respectfully submitted,

/s/ Frederick D. Cooke, Jr.
_____
Frederick D. Cooke, Jr., D.C. Bar No. 164608

Rubin, Winston, Diercks, Harris & Cooke, LLP
1155 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036

202 861 0870
202 429 0657 (facsimile)

Counsel for
ACS Government Systems, Inc.

## CERTIFICATE OF SERVICE

I, Frederick D. Cooke, Jr., do hereby certify that on this 6th day of July, 2006 a copy of the foregoing Answer of ACS Government Systems, Inc. was sent by first class mail, postage pre paid to the following:

Donald Temple, Esq.
Temple Law Offices
1229 15th Street, NW
Washington, D.C. 20005

Michael P. Bruckheim, Esq.
Assistant Attorney General
Office of the Attorney General
441 4th Street, NW
6th Floor South
Washington, D.C. 20001

/s/ Frederick D. Cooke, Jr.
_____
Frederick D. Cooke, Jr.

Case 1:06-cv-01093-JR     Document 5     Filed 07/06/2006     Page 6 of 6