IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NEFRETITI MAKENTA | * | |
| Plaintiff, | * | |
| v. | * | Case No. 006-1093 (JR) |
| DISTRICT OF COLUMBIA | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**LOCAL CIVIL RULE 16.3(d) REPORT AND PROPOSED SCHEDULING ORDER**

Plaintiff, Nefretiti Makenta, by the undersigned attorney and pursuant to Local Civil Rule 16.3(d) of this Court, hereby file this Report and Proposed Scheduling Order and state as follows:

1. **Dispositive Motions**

Prior to engaging in discovery, this case cannot be disposed of at this time by dispositive motion.

2. **Joinder of Other Parties/Amendment of the Pleadings/Narrowing of Issues**

The parties agree that the deadline by which other parties must be joined and the pleadings amended should occur within five (5) months after the entry of a Scheduling Order. At this time, there are no factual or legal issues that can be agreed upon or narrowed.

3. **Assignment to a Magistrate Judge**

The parties have agreed that they do not want a Magistrate Judge assigned to this matter, except Plaintiff prefers a magistrate for discovery purposes only.

4.  **Whether There is a Realistic Possibility of Settlement**

The parties agree that until discovery is exchanged, it is impossible to determine whether there is a realistic possibility of settling this case.

5.  **Whether the Case Could Benefit From ADR**

The parties are in agreement that they do not want binding or non-binding arbitration. However, the parties would consider mediation at an appropriate point.

6.  **Dispositive Motions**

The parties agree that the dispositive motions deadline should be set for (60) sixty days from the date of the close of discovery. The parties agree that any response or opposition to dispositive should be set for (30) thirty days after the dispositive motions deadline and replies should be filed 20 days after responses are due.

7.  **Rule 26(a)(1) Initial Disclosures**

The parties agree that it is appropriate to dispense with the initial disclosures required by Rule 26(a)(1).

8.  **Discovery Matters**

    A.  **Commencement of Discovery**

The Parties agree to commence discovery promptly.

    B.  **Extent of Discovery**

The parties believe that the case should involve the normal exchange of Interrogatories, Request for Production of Documents, Requests for Admission and depositions.

    C.  **How Long Discovery Should Take**

The parties agree that the discovery deadline in this case should be set for eight (8) months from the entry of the Scheduling Order.

      **D.**    **Limits on Discovery**

The parties do not currently see the need for any limits on discovery other than what is contained in the Federal Rules of Civil Procedure and the Rules of this Court.

**9.**    **Experts**

(a)    The Defendants propose that Plaintiffs designate his experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures (90) ninety days after the entry of a Scheduling Order;

(b)    Defendants will designate their experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures 45 days after Plaintiff's required disclosure;

(c)    The Defendants propose that Plaintiffs identify rebuttal experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures (30) thirty days after Defendant's disclosure;

(d)    Each party will make its experts available for deposition within 15 days of the designations and disclosures pertaining to that expert.

**10.**    **Class Certification**

This is not a case involving class certification.

**11.**    **Bifurcation of Discovery and Trial**

The parties do not wish to bifurcate the trial or discovery.

**12.**    **Pretrial Conference**

The parties propose that pretrial conference be held within 30 days after rulings on dispositive motions.

**13.** **Trial**

The Parties do not believe the Court should set a firm trial date but should rather, at this time, provide only that trial, if any, will be set from 30 to 60 days after the pretrial conference.

**14.** **Other Matters**

[Reserved].

A proposed Scheduling Order is attached hereto and incorporated herein by reference.

**WHEREFORE**, the Plaintiffs and Defendants respectfully submit this report and the proposed Scheduling Order for the Court's review and consideration.

Respectfully submitted,

_____     _____
Donald M. Temple, Esq.     Michael P. Bruckheim, Esq.
1229 15th Street, N.W.     Senior Assistant Attorney General
Washington, D.C. 20005     441 4th Street, N.W., Six Floor South
(202) 628-1101     Washington, D.C. 20001

Counsel for Plaintiff,     Counsel for Defendant,
Nefretiti Makenta     District of Columbia

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NEFRETITI MAKENTA | * | |
| Plaintiff, | * | |
| v. | * | Case No. 006-1093 (JR) |
| DISTRICT OF COLUMBIA | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the Report and Proposed Scheduling Order filed by the parties pursuant to Local Civil Rule 16.3(d), it is _____ day of _____, 200__, hereby

**ORDERED** that the deadline for joining additional parties be, and the same hereby is, _____; it is further

**ORDERED** that the deadline for amendments of pleadings be, and the same hereby is, _____; and it is further

**ORDERED** that Plaintiff will designate his experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by _____; Defendants will designate their experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by _____; Plaintiff will identify rebuttal experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by _____; and it is further

**ORDERED** that the deadline for the completion of all discovery be, and the same hereby is, _____; and it is further

   **ORDERED** that the deadline for the filing of dispositive motions be, and the same hereby is, _____; and it is further

   **ORDERED** that any oppositions to dispositive motions shall be filed by _____, and any replies shall be filed by _____; it is further

   **ORDERED** that the parties shall appear on the _____ day of _____, 2007 in courtroom _____ at _____ am/pm for a pretrial conference; it is further

   **ORDERED** that the trial of this matter is set to commence on the _____ day of _____, 2007.


Dated: _____      _____

                   United States District Court for the
                   District of Columbia