UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEFRETITI MAKENTA, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> DISTRICT OF COLUMBIA, *et al.*, : <br> : <br> Defendants. : <br> _____: | Civil Action No: 06-1093 (JR) |

**DEFENDANTS DISTRICT OF COLUMBIA AND DAVID CARTER'S
REPORT REGARDING DISCOVERY PURSUANT TO LCvR 16.3**

The parties have been unable to confer by telephone or in person pursuant to Local Civil Rule l6.3.[1] Defendants District of Columbia and David Carter (identified collectively hereafter as "The District") propose the following schedule for discovery.

l. Case Track: The standard litigation track is appropriate for this case.

2. Stipulations: None as of this time.

3. Assignment to a Magistrate Judge: The District does not seek to have the case assigned to a magistrate for any purposes, including resolving discovery disputes.

4. Settlement Possibility: The parties have not discussed settlement. The defendants will not know about the prospects for settlement of this case until after discovery has taken place.

5. Alternative Dispute Procedures: The defendants agree to participate in the court-sponsored mediation process once discovery has ended.

6. Motions: The defendants propose that any post-discovery dispositive motion shall be filed within 30 days of the close of all discovery, that any opposition to summary

---

[1] Undersigned counsel contacted plaintiff's counsel on or about November 15, 2006. However, as of the filing of this local report, he has not heard from counsel.

judgment motions shall be filed within 30 days of the filing of the dispositive motion, and that any reply briefs shall be filed within l5 days of the filing of any opposition to the dispositive motion.

7. <u>Initial Disclosures</u>: The defendants propose to waive initial disclosures.

8. <u>Discovery</u>: The defendants propose that six months should be sufficient time in which to complete discovery, and that discovery shall close on May 21, 2007. The defendants propose a limit of ten depositions per party and 25 interrogatories per party. The District submits that a protective order may be appropriate if plaintiff anticipates review of agency records regarding District employees.

9. <u>Experts</u>: The defendants propose that plaintiff shall make her Rule 26(a)(2) disclosures to the defendants on or before January 26, 2007. Defendants shall make their Rule 26(a)(2) disclosures to the plaintiff on or before March 13, 2007. All depositions of experts must take place prior to the close of discovery.

10. <u>Class Action Procedures</u>: Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>: Defendants District of Columbia and David Carter believe that bifurcation may be necessary in this matter, but reserve their rights to seek bifurcation if the need so arises.

12. <u>Proposed Date for the Pretrial Conference</u>: The defendants believe that a Pretrial Conference date shall not be set until 30 days after the Court rules on any filed dispositive motion. If no motions are filed, a Pretrial Conference should be set by this Court 30 days after the deadline for the filing of said motions.

l3. <u>Trial Date</u>: The defendants propose that a trial date should be set at the Pretrial Conference.

                Respectfully submitted,

                EUGENE A. ADAMS
                Interim Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                _____\s_____
                PATRICIA JONES [428132]
                Chief, General Litigation, Section IV

                _____\s_____
                MICHAEL P. BRUCKHEIM [455192]
                NICOLA N. GREY [492150]
                Assistant Attorney General
                441 4th Street, N.W., 6th Floor North
                Washington, D.C. 20001
                (202)724-6649; (202)727-6295
                Counsel for Defendants District of Columbia and David Carter

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NEFRETITI MAKENTA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Civil Action No: 06-1093 (JR) |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**SCHEDULING ORDER**

Upon consideration of the Defendants District of Columbia and David Carter's Rule 16.3 Report, and the entire record herein, it is this ____ day of _____, 200__, hereby ORDERED that:

1. Plaintiff shall make her Rule 26(a)(2) disclosures to the defendants on or before January 26, 2007. Defendants shall make their Rule 26(a)(2) disclosures to the plaintiff on or before March 13, 2007. All depositions of experts must take place prior to the close of discovery.

2. Factual and expert discovery shall be completed by May 21, 2007.

3. Dispositive motions shall be filed by June 21, 2007; oppositions shall be filed by July 23, 2007, and Replies shall be filed by August 7, 2007.

4. Each party shall be allowed to serve 25 interrogatories and take 10 depositions of fact witnesses; and

5. A Pretrial Conference shall be scheduled following the resolution of any filed dispositive motion and if no motion is filed, 30 days after the deadline for filing dispositive motions.

                                                                _____
The Honorable James Robertson
United States District Court Judge