UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NEFRETITI MAKENTA, :
:
    Plaintiff, :
:
v. :
: Civil Action No: 06-1093 (JR)
DISTRICT OF COLUMBIA, *et al.*, :
:
    Defendants. :
_____ :

## DEFENDANTS DISTRICT OF COLUMBIA AND DAVID CARTER'S RULE 26(a)(1) DISCLOSURES

Defendants District of Columbia and David Carter ("defendants"), by and through counsel, and pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, hereby disclose the following information.

**I.  INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO DISPUTED FACTS ALLEGED IN THE PLEADINGS**

1. Plaintiff Nefretiti Makenta
   c/o Donald Temple, Esq.
   Attorney for Plaintiff
   1229 15th Street, NW
   Washington, DC 20005

Ms. Makenta is the plaintiff in this action. Ms. Makenta has information relevant to the incident that is the subject of this litigation, as well as his claimed damages.

2. David Carter
   c/o Michael P. Bruckheim
   441 4th St NW
   Sixth Floor South
   Washington, DC 20001
   Attorney for Defendant

This defendant observed the plaintiff tampering with a parking meter and placed her under arrest for destruction of property.

    3.    Officer Kenneth Boone
           300 Indiana Avenue, NW
           Washington, DC 20001

This individual observed the plaintiff tampering with a parking meter.

    4.    Employees of co-defendant Affiliated Computer Services
           c/o Frederick Cooke, Jr., Esq.
           RUBIN, WINSTON, DIERCKS
           1155 Connecticut Avenue, NW
           Suite 600
           Washington, DC 20036-4324

These individuals may have observed the plaintiff tampering with a parking meter.

Defendants reserve the right to supplement these disclosures with the names of any witnesses whose identities are learned during the course of this litigation.

**II.    DOCUMENTS AND OTHER TANGIBLE EVIDENCE RELEVANT TO DISPUTED FACTS ALLEGED IN THE PLEADINGS**

1) P.D. 163

2) Court file for criminal case # M-3530-05, D.C. Superior Court

                          Respectfully submitted,

                          EUGENE A. ADAMS
                          Interim Attorney General for the District of Columbia

                          GEOGE C. VALENTINE
                          Deputy Attorney General, Civil Litigation Division

                          _____/s/_____
                          PATRICIA A. JONES [428132]
                          Chief, General Litigation, Sec. IV

        _____/s/_____
MICHAEL BRUCKHEIM [455192]
Assistant Attorney General
441 4th Street, N.W., 6th Floor North
Washington, DC 20001
(202) 724-6649; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  Michael.Bruckheim@dc.gov