UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEFRETITI MAKENTA, | : |
| Plaintiff, | : |
| v. | : |
| | : Civil Action No: 06-1093 (JR) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of said Court will please **enter** the appearance of Michael P. Bruckheim on behalf of the Defendant Kenneth Boone.

Respectfully submitted,

LINDA SINGER
Acting Attorney General, DC

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

__\s_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

___\s_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202-724-6649; 202-727-6295
Michael.bruckheim@dc.gov