**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NEFRETITI MAKENTA, | : |
| Plaintiff, | : |
| v. | : |
| | : Civil Action No: 06-1093 (JR) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendant. | : |
| _____ | : |

## DEFENDANT KENNETH BOONE'S CONSENT MOTION FOR LEAVE TO LATE FILE HIS ANSWER TO THE COMPLAINT

Defendant Kenneth Boone (hereinafter "defendant"), by and through counsel, herein moves pursuant to Fed. P. Civ. R. 6(b)(2) to late file his answer and states as follows:

1. On or about April 12, 2006, plaintiff filed a Complaint against this defendant in the District of Columbia Superior Court. Plaintiff alleges that she was wrongfully arrested in violation of 42 U.S.C. § 1983, and also alleges various common law causes of action. *See* Complaint, *generally*.

2. On or about June 9, 2006, defendant was served with the complaint. Defendant requested representation, but undersigned counsel did not receive the request for representation.

3. On or about June 15, 2006, undersigned counsel removed this action from the Superior Court to this Court. Undersigned counsel did not see an affidavit of service for Kenneth Boone in the Superior Court's file for this case, nor does case docketing reflect that proof of service was filed in this case against him. As such, undersigned

counsel did not believe that defendant had been served, or that defendant had requested representation from OAG.

      4.      Undersigned counsel did not learn that defendant had been served until March 14, 2007.

      5.      Fed. Civ. P. R. 6(b) states that, ""[w]hen by these Rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the Court for cause shown may at any time in its discretion (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect. Defendant believes that he has met the requirements of Rule 6(b)(2), and plaintiff will not be unduly prejudiced by the grant of this motion.

      6.      On March 15, 2007, counsel for plaintiff consented to the relief requested in this motion.

WHEREFORE, defendant respectfully requests that this court grant his motion for leave to late file his answer.[1]

      Respectfully submitted,

      LINDA SINGER
      Acting Attorney General for the District of Columbia

      GEORGE C. VALENTINE
      Deputy Attorney General, Civil Litigation Division

      __\s_____
      PATRICIA A. JONES [428132]
      Chief, General Litigation Sec. IV

---

[1] Defendant's answer is attached as an exhibit to this motion.

        \_\_\_\s\_____
        MICHAEL P. BRUCKHEIM [455192]
        Assistant Attorney General
        441 4TH Street, NW, 6th Floor-South
        Washington, D.C.  20001
        202-724-6649; 202-727-6295

## 7(m) CERTIFICATION

  I hereby certify that on March 15, 2007, plaintiff's counsel consented to the relief herein sought.

        \_\_\_\s\_____
        Michael P. Bruckheim
        Assistant Attorney General

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEFRETITI MAKENTA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Civil Action No: 06-1093 (JR) |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Defendant. : | |
| _____: | |

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT KENNETH BOONE'S CONSENT MOTION FOR LEAVE TO LATE FILE HIS ANSWER TO THE COMPLAINT

In support of his motion for leave to late file his answer to the complaint, defendant cites and relies upon the following list of authorities:

1. Federal Rules of Civil Procedure 6(b)(2).

2. Plaintiff's consent.

3. The Court's equitable powers.

4. The record herein.

    Respectfully submitted,

    LINDA SINGER
    Acting Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    \_\_\s\_____
    PATRICIA A. JONES [428132]
    Chief, General Litigation Sec. IV

\_\_\_\s\_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202-724-6649; 202-727-6295

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEFRETITI MAKENTA, | : |
| Plaintiff, | : |
| v. | : |
| | : Civil Action No: 06-1093 (JR) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendant. | : |

## **ORDER**

Upon consideration of defendant Kenneth Boone's consent motion for leave to late file his answer to plaintiff's Complaint, and the record herein, it is this ____ day of _____, 2007,

ORDERED:  that defendant Kenneth Boone's motion is hereby granted; and it is,

FURTHER ORDERED:  that defendant Kenneth Boone's Answer is hereby accepted for filing.

_____
Judge James Robertson