UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEFRETITI MAKENTA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Civil Action No: 06-1093 (JR) |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Defendants. : | |
| _____: | |

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO COMPEL
DISCOVERY AND/OR IN THE ALTERNATIVE, MOTION TO DISMISS FOR
PLAINTIFF'S FAILURE TO PROSECUTE HER CLAIM**

Defendant District of Columbia, (hereinafter "defendant"), by and through counsel, hereby moves the Court, pursuant to Fed. R. Civ. P. 37, to compel plaintiff to respond to discovery, and/or in the alternative, moves, pursuant to Fed. R. C. P. 41(b), to dismiss plaintiff's lawsuit for her failure to prosecute. As reasons therefore, defendant directs this Court to the attached memorandum of points and authorities.

                                                      Respectfully submitted,

                                                      LINDA SINGER
                                                      Attorney General for the District of Columbia

                                                      GEORGE C. VALENTINE
                                                      Deputy Attorney General, Civil Litigation Division

                                                      ___\s_____
                                                      PATRICIA A. JONES [428132]
                                                      Chief, General Litigation Sec. IV

                By:    ___\s_____
                                                    MICHAEL P. BRUCKHEIM [455192]
                                                    Assistant Attorney General
                                                    441 4TH Street, NW, 6th Floor-South
                                                    Washington, D.C. 20001
                                                    202-724-6649; 202-727-6295
                                                    E-mail: Michael.bruckheim@dc.gov

## CERTIFICATION PURSUANT TO LCvR 7(m)

I hereby certify that on May 21, 2007, the undersigned sought the consent of plaintiff's counsel for the herein-requested relief. Consent could not be obtained, which necessitates the filing of this motion.

\_\_\_\_\_\\s\\_____
Michael Bruckheim
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEFRETITI MAKENTA, | : |
| Plaintiff, | : |
| v. | : |
| | : Civil Action No: 06-1093 (JR) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |
| _____ | : |

**DEFENDANT DISTRICT OF COLUMBIA'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY AND/OR IN THE ALTERNATIVE, MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO PROSECUTE HER CLAIM**

In support of its Motion to Compel, and/or Motion to Dismiss, defendant District of Columbia states as follows:

**Preliminary Statement**

On or about April 12, 2006, plaintiff filed a complaint against defendant District of Columbia in the Superior Court for the District of Columbia, alleging constitutional and common laws claims resulting from plaintiff's arrest on April 12, 2005. Defendant removed the case to this Court on June 15, 2006. *See* Court Docket, #1.

On or about December 11, 2006, a scheduling order was entered in this matter. *See* Court Docket #8. On or about February 9, 2007, defendant served upon plaintiff its interrogatories and request for production of documents pursuant to Fed. R. Civ. P. 33 and 34. In its requests, undersigned counsel sought information about plaintiff's claims not only against the District, but against the individually named defendants as well.[1] *See*

---

[1] Undersigned counsel represents the individually named defendants, and intended to use the information produced by plaintiff in response to the District's discovery requests in support of the individual defendants' defenses.

3

Exhibit #1, Discovery Requests. Plaintiff's responses were due on or about March 15, 2007, inclusive of the three days for mailing. *See* Fed. R. Civ. P. 33, and Fed. R. Civ. P. 6(e). As of this date, there has been no response from plaintiff to the outstanding discovery.

Undersigned counsel sent plaintiff a letter dated May 1, 2007, requesting that plaintiff provide responses by May 10, 2007. Exhibit #2, Letter. Plaintiff did not respond to this letter.

On May 1, 2007, defendant noted and served upon plaintiff's counsel the deposition of plaintiff for May 14, 2007, at 10 am, at the Office of the Attorney General. Exhibit #3, Notice. On May 10, 2007, counsel for plaintiff contacted the undersigned and stated that plaintiff had said that she was unable to appear for her deposition on May 14, 2007. Undersigned counsel informed plaintiff's counsel that he expected plaintiff to appear for her deposition, and would not re-schedule due to the impending close of discovery. Plaintiff did not file for a protective order or any other relief. *See generally,* Court Docket. On May 14, 2007, plaintiff failed to appear for her noted deposition.

For the foregoing reasons, defendant is entitled to an order against plaintiff compelling discovery, or in the alternative, dismissal of the instant lawsuit.

## **Argument**

**A.     Defendant Is Entitled to an Order Compelling Discovery.**

On or about February 9, 2007, defendant served its discovery upon plaintiff. To date, plaintiff has failed to respond. This defendant has tried in good faith to resolve the discovery dispute by sending a letter to plaintiff on May 1, 2007, regarding the outstanding discovery. *See* Exhibit #2, Letter. As of this date, defendant has not

4

received any response regarding the May 1, 2007, letter, nor has it received the delinquent discovery responses.

Fed. R. Civ. P. 37 provides that "[b]efore any motion to compel discovery is filed, the affected parties or counsel must meet for a reasonable period of time in an effort to resolve the disputed matter." However, "the requirement of a meeting is waived if (i) the motion concerns a failure to serve any response whatever to a Rule 33, 34 or 36 discovery request…and the motion is accompanied by a copy of a letter, sent at least 10 days before the motion was filed, asking that the opposing counsel or party respond to the discovery request…."

In this case, the requirement of a meeting is waived because it involves plaintiff's failure to serve any response to the District's Rule 33 and 34 discovery requests, and plaintiff's failure to appear at deposition. Moreover, this defendant has made "good faith" efforts to resolve the parties' discovery disputes before filing the instant motion. *See* Exhibit #2. Accordingly, defendant is entitled to an order compelling discovery in this matter.

**B.     Defendant Seeks Dismissal of Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 41(b).**

Fed. R. Civ. P. 41(b) allows a defendant to move for dismissal of an action or of any claim against the defendant or the Court may, *sua sponte*, enter an order dismissing the action or any claim therein for failure of the plaintiff to prosecute or to comply with the Rules or any order of Court. This Court should dismiss this case because plaintiff has failed to cooperate in discovery and to prosecute her case with diligence. *See Beckwith v. Beckwith*, 379 A.2d 955, 958 (D.C. 1977); *see also, Akinyode v. Hawkins*, 292 A.2d 795, 796 (1972) (holding that "the question of due diligence in prosecution is ordinarily one of

5

fact for the trial court and the dismissal of a complaint on that ground rests within its sound discretion. Absent an issue of fact, the question becomes one of law.")

Plaintiff has not only failed to respond to defendant's written discovery requests, plaintiff also failed to appear for her properly noted deposition, despite having ample notice of the time and location of the deposition. *See* Exhibits #2 and #3. Plaintiff's failure to prosecute her claim and to cooperate in discovery precludes defendant's ability to adequately defend itself in this matter. Accordingly, defendant is entitled to dismissal.

WHEREFORE, defendant seeks a dismissal of the instant lawsuit based on plaintiff's failure to diligently prosecute her claim.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        \s\
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

By:   \s\
        MICHAEL P. BRUCKHEIM [455192]
        Assistant Attorney General
        441 4TH Street, NW, 6th Floor-South
        Washington, D.C. 20001
        202-724-6649; 202-727-6295
        E-mail: Michael.bruckheim@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEFRETITI MAKENTA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Civil Action No: 06-1093 (JR) |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Defendants. : | |
| _____: | |

## **ORDER**

Upon consideration of the Defendant District of Columbia's Motion to Compel Discovery, any opposition thereto, and the record herein, it is by the Court this ___ day of _____, 2007,

**ORDERED**:   that the District of Columbia's Motion to Compel is GRANTED for the reasons set forth in its motion; and it is,

**FURTHER ORDERED**:  that plaintiff shall respond to the District's discovery pursuant to Fed. R. Civ. P. 33 and 34, within 10 days of this Court's Order.

_____
JUDGE JAMES ROBERTSON
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEFRETITI MAKENTA, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> DISTRICT OF COLUMBIA, *et al.*, : <br> : <br> Defendants. : <br> _____: | Civil Action No: 06-1093 (JR) |

## **ORDER**

Upon consideration of the Defendant District of Columbia's Motion to Dismiss for Plaintiff's Failure to Prosecute, any opposition thereto, and the record herein, it is by the Court this \_\_\_ day of _____, 2007,

**ORDERED**:   that the District of Columbia's Motion to Dismiss is GRANTED for the reasons set forth in its motion; and it is,

**FURTHER ORDERED**:  that this matter is hereby dismissed.

_____
JUDGE JAMES ROBERTSON
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA