# Exhibit 2

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Office of the Attorney General

Civil Litigation Division
Section IV

May 1, 2007

Donald Temple, Esq.
Temple Law Offices
1229 15th Street, NW
Washington, DC 20005

**Re: Makenta v. DC, 06-1093 (JR)**

Dear Mr. Temple:

    I am writing to inform you that I have not received responses to the District's Interrogatories and Requests for the Production of Documents that were served upon you on February 9, 2007. Your responses were due on March 9, 2007, and they are now overdue. I am requesting that response be provided to me by close of business on May 10, 2007. I am also available to discuss this matter with you by phone. Please consider this letter my good faith effort to resolve this matter short of filing of a motion to compel.

Sincerely,

LINDA SINGER
Attorney General for the District of Columbia


BY: _____
MICHAEL P. BRUCKHEIM
Assistant Attorney General
(202)-724-6649