# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEFRETITI MAKENTA, | : |
|     Plaintiff, | : |
| v. | : |
| | :   Civil Action No: 06-1093 (JR) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
|     Defendants. | : |

**NOTICE OF TAKING ORAL DEPOSITION**

Pursuant to FRCP Rule 30, please take notice that the undersigned counsel will take the deposition of the individual listed below on the date and at the time indicated at the Office of the Attorney General for the District of Columbia, 441 4th Street, NW, 6th Floor-South, Washington, DC 20001. The deposition will take place before a Notary Public or some other individual authorized to administer an oath, and will be for the purpose of discovery or evidence at trial, or both. The deposition will be recorded by stenographic and audio methods.

| **Person to be Deposed** | **Date** | **Time** |
|---|---|---|
| Nefretiti Makenta | 05/14/07 | 10:00 A.M. |

The deposition will continue from day to day until completed.

Respectfully submitted,

LINDA SINGER
Attorney General, DC

PATRICIA A. JONES [428132]
Chief, Civil Litigation, Section IV


*/s/ Olivia Lee*
MICHAEL BRUCKHEIM [455192]
Assistant Attorney General
441 4th Street, N.W., 6th Floor North
Washington, DC 20001
(202) 724-6649; (202) 727-6295
(202) 727-3625 (fax)
E-mail: Michael.Bruckheim@dc.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2007, true copies of the foregoing Amended Notice of Taking Oral Deposition was served by first class mail, postage prepaid and email on:

Donald Temple, Esq.
Temple Law Offices
1229 15th Street, NW
Washington, DC 20005
Counsel for Plaintiff

Frederick D. Cooke, Jr., Esq.
1155 Connecticut Avenue, NW
Suite 600
Washington, DC 20036-4324
Counsel for Defendant Affiliated Computer Services

*/s/ Olivia P. R.*
Michael P. Bruckheim