UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEFRETITI MAKENTA, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> DISTRICT OF COLUMBIA, *et al.*, : <br> : <br> Defendants. : <br> _____ : | Civil Action No.: 06-1093 (JR) |

**PLAINTIFF MAKENTA'S MEMORANDUM IN OPPOSITION TO DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO COMPEL DISCOVERY AND/OR IN THE ALTERNATIVE, MOTION TO DISMISS**

Plaintiff Nefretiti Makenta, by and through counsel, respectfully submits her Memorandum in Opposition to Defendant District of Columbia's Motion to Compel and/or in the Alternative, Motion to Dismiss for the following reasons:

1. As advised, the undersigned counsel for Plaintiff was unavailable to defend or conduct depositions in this matter during the latter half of May due to his role as lead counsel in a two-week race discrimination trial in U.S. District Court in Greenbelt, Maryland[1] until Friday, June 1, 2007.

2. Counsel for Plaintiff has spoken with counsel for Defendant District of Columbia regarding mutual outstanding discovery issues in this case, including the deposition of Defendant's Officer Boone, who failed to appear for his noticed deposition because Defendant's counsel was unable to contact the officer. Pending this Honorable Court's ruling on Defendant's Motion to Compel, counsel are mutually amenable to working out a schedule for the conduct of outstanding discovery.

---

[1] Proctor and Porter v. WSSC.

3.      Plaintiff Makenta's deposition was noticed for May 14, 2007 without consultation with the undersigned, on a date when Plaintiff was simply unavailable.  Defendant was in fact made aware of same.

4.      Certain of Defendant's discovery responses are deficient and/or require supplementation, specifically, Defendant's Answers to Interrogatories Nos. 3, 4, 6, 8 and 12 as well as Defendant's Responses to Plaintiff's Requests for Production of Documents Nos. 1, 2, 3, 4, 5, 7, 8. 9, 10, 11, 14 and 15.

5.      Plaintiff and undersigned counsel currently are preparing outstanding written discovery responses to Defendant District of Columbia and will provide same by June 15, 2007.  Further, Plaintiff has advised Defendant that she remains ready, willing and able to be deposed, subject to mutual availability and reasonable notice.

6.      Defendant's Motion for the Sanction of Dismissal is extreme and comes with unclean hands, as Defendant itself has failed to comply with Plaintiff's discovery request.

WHEREFORE, Plaintiff having demonstrated its intent to comply with reasonable discovery request, respectfully asks the Court to deny Defendant District of Columbia's Motion to Compel and/or in the Alternative, Motion to Dismiss.

Respectfully submitted,

by:      _____/S/_____
         DONALD M. TEMPLE, ESQ. 408749