# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEFRETITI MAKENTA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-1093 (JR) |
| AFFILIATED COMPUTER SERVICES, *et al.*, | : |
| Defendants. | : |

### NOTICE TO COUNSEL

Defendant's motion to compel or to dismiss [14] will be under advisement until June 18, 2006. If plaintiff has not responded to defendant's written discovery by June 15, as she has undertaken to do in her opposition [15], or if plaintiff has not by then agreed to a firm, mutually agreeable date for her deposition, this case will be dismissed for want of prosecution. The burden of advising the Court of the successful completion of discovery will be upon plaintiff.

JAMES ROBERTSON
United States District Judge