UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NEFRETITI MAKENTA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 06-1093 (JR) |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

_____

**NOTICE OF DEPOSITION**

COMES NOW Neferetiti Makenta by and through undersigned counsel and hereby file this Notice of Deposition, scheduled for June 19, 2007 at 2:30 P.M. at Office of the Attorney General, located at 441- 4th Street, NW, 6th floor, Washington, DC 20001.  The Plaintiff, by and through undersigned counsel, will take the deposition of Officer Kenneth Boone by oral examination. The deponent's testimony shall be recorded by stenographic means.  The oral examination shall continue from day to day until completed.

Respectfully submitted,

_____/S/_____
Donald M. Temple #408749
1229 15th Street, NW
Washington, D.C. 20005
(202) 628-1101 Phone
(202) 628-1149 Fax

Attorneys for Defendants