# Exhibit 1

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NEFRETITI MAKENTA,                )
                                  )
        Plaintiff,                ) Civil Action No.:
                                  ) 06-1093 (JR)
v.                                )
                                  )
DISTRICT OF COLUMBIA, et al.,     )
                                  )
        Defendants.               )

Washington, D.C.
Wednesday, March 14, 2007

DEPOSITION OF:

        DAVID CARTER

called for examination by counsel for the
Defendants, pursuant to notice of deposition, in
the Office of Attorney General for the District of
Columbia, 441 4th Street, N.W., 6th Floor South,
Washington, D.C. 20001, when were present on
behalf of the respective parties:

1   Q   Did it ever appear to you that she was
2   trying to stick something in the meter, versus
3   depositing something in the meter, depositing a coin
4   in the meter?
5   A   Yes.
6   Q   And you saw that?
7   A   I said it appeared that way. At that
8   point, when we see things that we may think - we
9   take a closer look, and that's why one of us gets
10  out of the vehicle to go look.
11  Q   What was the visibility at that
12  particular point in time, in terms of lighting?
13  A   It was bright daylight.
14  Q   You made the decision to arrest her?
15  A   Yes.
16  Q   And your decision was based not on your
17  observation, but on Mr. Aaron's observation?
18  A   Partly both.
19  Q   You didn't see her put paper in the
20  meter?
21  A   No, I saw her putting objects in the
22  meter, I just didn't know what was actually being

1  put into the meter.

2  Q    And you saw the fail sign appear on
3  the meter?

4  A    Correct.

5  Q    But your basis for determining to
6  arrest her was based upon the fact that the fail
7  sign came up and when you went to the meter, well,
8  let me ask you that.  When the fail sign came up,
9  what did you do at the meter?

10 A    After she left the meter, they opened
11 it up and were able to retrieve the items out of the
12 meter.

13 Q    And based upon the failed meter and
14 then opening the meter and retrieving the paper, you
15 concluded that she had put the paper in the meter?

16 A    Correct, and that Aaron Gamble was
17 there also and observed.  All with that surrounding.

18 Q    How would you know that someone else
19 didn't put the paper in the meter before her?

20 A    How would I know?

21 MR. BRUCKHEIM:  Objection.  You can
22 answer.

1   have been.

2              BY MR. BRUCKHEIM:

3       Q    Could it have been more than one sheet
4   of paper.

5       A    It could have been.

6       Q    Before Ms. Makenta arrived at the
7   parking meter, was it flashing red?

8       A    No, it was not.

9       Q    What does it indicate when it's
10  flashing red?

11      A    It flashes red and it has an indication
12  that says "fail."

13      Q    If the meter - you testified that you
14  had inspected this meter prior to Ms. Makenta's
15  arrival?

16      A    Yes, the guys from ACS, they inspect
17  them and we observe them inspecting the meters.

18      Q    Okay. And did you notice the meter on
19  a fail sign before she arrived, at any time?

20      A    No.

21      Q    If the meter had been fail sign, do you
22  know what steps would have been taken at that point

1  during the inspection?

2  A  Yes, they would have checked to see why
3  it was on fail, repaired it.  If unable to repair
4  it, they would have just removed it from there so
5  it's not used.

6  Q  Did the meter flash to fail while
7  Ms. Makenta was standing before the meter?

8  A  Yes.

9  Q  How soon after she left the meter did
10 you all approach the meter to inspect it?

11 A  Immediately.

12 Q  And you testified that upon inspection,
13 amongst the coins that were in the meter, you also
14 discovered the paper?

15 A  That's correct.

16 Q  Did you get an impression as to what
17 effect the paper may have had on the meter?

18 A  Yes, it will cause it to jam and cause
19 it to be inoperable.

20 Q  Is this based on your previous
21 observations of parking meters that may have had
22 paper in them?

1   A   Yes.

2   Q   Prior to this date, had you seen other
3   parking meters that had paper in them?

4   A   Prior to this date? I can't say for
5   sure, I mean, I've seen them with other foreign
6   objects, also. I can't recall if it was paper
7   before, but just, you know, with other objects that
8   don't belong.

9   Q   So just to summarize, the only point
10  during this entire incident, from the time that you
11  arrived at the meter to the time you left, when you
12  observed the meter flash on fail, was when the
13  plaintiff was standing before it?

14  A   That's correct.

15  Q   Now, you had testified that sometimes
16  someone would get out of the vehicle to get a closer
17  look as to what was happening?

18  A   That's correct.

19  Q   Were you that person who got a closer
20  look?

21  A   No.

22  Q   Who was the person who got a closer

48

1 look?

2     A    I believe it was Aaron Gamble.

3     Q    And where - did you see where Aaron
4 Gamble was standing to get a closer look?

5     A    He was just standing closer to the
6 plaintiff, a lot closer than I was.

7     Q    Did he go get a closer look before the
8 meter flashed on fail, or after the meter flashed on
9 fail?

10     A    Before.

11     Q    After Ms. Makenta left the meter, did
12 you get out of the vehicle?

13     A    Yes.

14     Q    And you approached the meter?

15     A    Yes.

16     Q    Did you speak with Mr. Gamble about
17 his observations when he was getting a closer look?

18     A    Yes.

19     Q    And what did Mr. Gamble tell you?

20     A    He told me that she placed a piece of
21 paper in the meter.

22     Q    Did you have any reason to question

COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C. 20005-3701    www.nealrgross.com

1   Mr. Gamble's observation?

2   A   No.

3   Q   From where you were sitting, what was
4   your impression of Mr. Gamble's view of the parking
5   meter?

6   A   That he had a totally unobstructed
7   view and he was able to actually see, get definitely
8   a better shot of what she was doing, what she put in
9   the meter.

10   Q   You had testified that you actually,
11   with Mr. Gamble there, inspected the meter, opened
12   it up and found the objects inside.

13   A   Yes.

14   Q   You also testified that Mr. Gamble
15   told you that he saw Ms. Makenta insert the piece of
16   paper into the meter.

17   A   Yes.

18   Q   Those are two foundational questions
19   for this next question.  When Mr. Gamble told you
20   about his observation of Ms. Makenta inserting the
21   paper into the meter, did he tell you that before
22   you opened the meter up, or after you opened the

1  meter up?

2        A     He told me before.

3        Q     Okay.  And after the meter was opened,
4  the paper was discovered?

5        A     Yes.

6        Q     Okay.  At that point, was that when
7  you made the decision to place Ms. Makenta under
8  arrest?

9        A     Yes.

10       Q     How long did you wait outside before M
11 Ms. Makenta re-emerged from the building?

12       A     It was brief.  Ten, fifteen minutes,
13 maybe.

14       Q     And what was Ms. Makenta charged with?

15       A     Destruction of government property.

16       Q     Okay.  Is that a misdemeanor or a
17 felony?

18       A     That would be a felony.

19       Q     Have you made arrests for felony
20 destruction of property prior to arresting Ms.
21 Makenta?

22       A     Yes.

1    Q    Okay. As to your knowledge of -
2 did you have any knowledge as to why destruction of
3 property in this case would constitute a felony as
4 opposed to a misdemeanor?
5    A    It's government property, and it's -
6 the cost is greater than $200.
7    Q    Based on your observations and Mr.
8 Gamble's observations, did you have reason to
9 believe that Ms. Makenta had committed that crime?
10   A    Yes.
11   Q    Did you have any reason to doubt that
12 she had committed that crime?
13   A    No.
14   Q    And did you act in accordance with your
15 belief?
16   A    Yes.
17   Q    I don't have anymore questions.
18       MR. TEMPLE: Was that meter actually
19 destroyed,
20 by that paper being put into it?
21       THE WITNESS: It was rendered inoperable,
22 which could be broken, which falls under

1  Q    And the piece of paper that was taken
2  out of that meter, as it was folded, can you draw
3  that piece of paper, in terms of the size of it?
4  A    I don't know.
5  Q    Okay.  So you don't have any
6  recollection of that?
7  A    No.
8  Q    No further questions, thank you.
9       MR. BRUCKHEIM: I just have a couple of
10 followup.  Investigator Carter, can you describe
11 very briefly the purpose of this particular
12 operation that you were on?
13      THE WITNESS: The purpose of it - we had
14 discussed that there were large areas in the
15 District where meters are being tampered with, and
16 quite a few, a large number of them, were being put
17 on fail, which means that they cannot accept money.
18 Which means that they have to send a repair person
19 out there to have the meter repaired.  And this is
20 apparent that this has been intentional.  So they
21 had us go — well, ACS would identify the area where
22 the largest problems would be, and that's where we

58

1    would go and set up surveillance.

2                    RECROSS EXAMINATION

3              BY MR. BRUCKHEIM:

4         Q    Was the concern about working meters

5    being rendered into non-working meters?

6         A    Yes.

7         Q    Okay.  And the purpose of this

8    operation was to observe these meters and see if

9    anybody was rendering working meters into non-

10   working meters?

11        A    That's correct.

12        Q    How important was it to the operation

13   to ensure that every meter was in working order

14   before you began the operation?

15        A    It was very important.

16        Q    Why?

17        A    Because we wanted to make sure that

18   we gave everyone the benefit of the doubt as far as

19   the meters working.  And we did not want anybody to

20   go up to a meter that was not working, place objects

21   in the meter, it's not working - so we wanted to

22   make sure that every meter was working to prevent