# Exhibit 2

1

IN THE SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

```
#===========================#
NEFRETITI MAKENTA,          |
                            |
        Plaintiff,          | Civil Action No.:
                            | 06-1093 (JR)
    v.                      |
                            |
DISTRICT OF COLUMBIA,       |
                            |
        Defendants.         |
#===========================#
```

Washington, D.C.

Tuesday,
June 19, 2007

DEPOSITION OF:

KENNETH BOONE

called for examination by Counsel for the
Plaintiff, pursuant to notice of deposition,
in the law offices of the D.C. Attorney
General, 441 4th Street, N.W., Washington,
D.C. 20001, when were present on behalf of the
respective parties:

8

```
 1    attorney today?
 2         A    No, not today.
 3         Q    Okay.  You met with him before
 4    today?
 5         A    Yes.
 6         Q    Okay.  And did you look at any
 7    documents before coming in today?
 8         A    No.
 9         Q    Okay.  Have you seen the police
10    report in this case?
11         A    Not since the incident, no.
12         Q    Do you remember the incident?
13         A    Yes.
14         Q    Do you know Officer Carter, is it?
15         A    Yes.
16         Q    It was Inspector Carter then, I
17    think.  How did you come to be at that
18    particular location on the 12th of April?
19         A    We were doing an operation in
20    reference to the intelligence of the ACS
21    employees, saying that that was an area that
22    people were damaging the meters.
```

1   A   Yes.

2   Q   And so by the time you had

3   arrived, an arrest was -- there was a

4   confrontation already in place between your

5   fellow officer, the ACS representatives, and

6   Ms. Makenta, is that correct?

7   A   Yes.

8       MR. BRUCKHEIM:  Objection as to

9   confrontation, but you can answer.

10      BY MR. TEMPLE:

11  Q   There was a communication going

12  on, is that correct?  I appreciate that.

13      Do you recognize Ms. Makenta here?

14  A   Yes.

15  Q   Okay.  Can you tell me what you

16  recall seeing when you arrived on that scene,

17  please?

18  A   Once I arrived on the scene, I saw

19  David Carter, Aaron Gamble, and I'm not -- I

20  don't remember if I saw Paul at that time,

21  talking to Ms. Makenta.  I parked my vehicle

22  and exited the vehicle, and I guess they had

```
 1   already explained to her what they saw her do.
 2        Q    You said you guess.  But you don't
 3   know?
 4        A    No, I wasn't there.
 5        Q    Okay.
 6        A    I can only assume.
 7        Q    So by the time you arrived on the
 8   scene, the communication between Mr. --
 9   Officer Carter and Ms. Makenta had already
10   commenced.
11        A    Yes.
12        Q    Okay.  Let me ask you something.
13   What time did you start work on that
14   particular day?
15        A    I don't recall.  I don't even
16   recall the time that this happened.  I mean,
17   it was a while ago, and I didn't really keep
18   it in my mind.
19        Q    Okay.  I'm going to show you what
20   we've marked as Exhibit 1.  Just giving you
21   that to look at to refresh your recollection
22   as to the time.
```

22

1    A    Well, like I say, I arrived late,
2    but I was probably supposed to be there -- it
3    was 7:00 I guess, but I'm not 100 percent for
4    sure.
5    Q    But when you arrived, where were
6    you coming from when you arrived to that
7    particular scene?
8    A    Home.
9    Q    Okay.  So your most immediate
10   location was you came from home to the scene,
11   correct?
12   A    Yes.
13   Q    And when you arrived on the scene,
14   the communication between Makenta and Officer
15   Carter had already started, is that correct?
16   A    Yes.
17   Q    Okay.  Then, what did you observe
18   occur?  You said you -- excuse me, let me back
19   up.  You said you parked your car, is that
20   correct?
21   A    Yes, I didn't leave it in the
22   street.

1   patch, radio, handcuffs, and so did Officer
2   Carter.
3        Q    She didn't use any profanity, did
4   she?  Do you recall?
5        A    I don't recall.
6        Q    All right.  Well, when people use
7   profanity, sometimes you're mindful of that
8   when you're executing your arrest, though, is
9   that right?
10       A    Yes and no, depending on how much.
11  But that's nothing that I paid close attention
12  to, because a lot of people use profanity.
13       Q    All right.  Did you have your
14  notebook with you?
15       A    I don't recall.
16       Q    Okay.  Did you make any notes that
17  day?
18       A    I don't recall.  I don't think so.
19       Q    Okay.
20       A    Because I didn't observe the
21  incident.
22       Q    You didn't consider this to be

```
 1    your arrest?
 2        A    No.
 3        Q    You said she was combative.  First
 4    of all, what do you mean by the term
 5    "combative"?
 6        A    Well, she was asked to place her
 7    hands behind her back several times and she
 8    resisted.  Officer Carter asked her to turn
 9    around, and then I attempted to assist by
10    asking her to turn around and be cooperative.
11    She refused several times.
12        Q    Do you recall how Officer Carter
13    was attired on that day?
14        A    No.  I think he had a blue MPD
15    jacket on.  I think.  I'm not 100 percent for
16    sure.  I couldn't tell you his pants and shoes
17    and all of that, so --
18        Q    Okay.  By the time you arrived on
19    the scene and the time that she was actually
20    taken away in the vehicle, how much time had
21    commenced?
22        A    I'd have to say 15 to 20 minutes.
```

36

1  going.  She is resisting, there's a decision
2  to arrest her.  She is put on the ground, she
3  is handcuffed.  And how long is she there on
4  the ground before she is taken away to
5  transport?
6      A   She wasn't on the ground, based on
7  my recollection, not long.  You know, we try
8  not to keep people on the ground.
9      Q   And then, she is taken to
10 transport, and then she is taken away
11 somewhere presumably?
12     A   Yes, Second District.
13     Q   And you remained on the scene, is
14 that right?
15     A   Yes.
16     Q   And when you remained on the
17 scene, after she leaves, do you have a
18 communication with any of the ACS
19 representatives?
20     A   Yes.
21     Q   Okay.  And what was the nature of
22 that communication?

71

1  came up on the scene well after he had begun
2  talking.
3      Q    Did you ever hear her say, "I
4  can't believe that I'm being locked up for
5  putting paper in the meter"?
6      A    I don't recall that, no.
7           MR. TEMPLE:  I don't have any
8  further questions.
9           MR. BRUCKHEIM:  I just a couple of
10 followup.
11              CROSS EXAMINATION
12           BY MR. BRUCKHEIM:
13     Q    Just for the record, I'm Michael
14 Bruckheim, Officer Boone.  Officer, when you
15 first arrived on the scene and observed what
16 you observed, did you observe anything that
17 struck you as improper or unlawful?
18     A    No, sir.
19     Q    When you communicated -- strike
20 that.  After you exited your vehicle and
21 communicated with Officer Carter and Mr.
22 Gamble, did they tell you that you were --

73

1       Q    You can answer.

2       A    No.

3       Q    If you had gotten that impression,
4  what would you have done?

5            MR. TEMPLE:  Objection.

6            BY MR. BRUCKHEIM:

7       Q    You can answer.

8       A    I wouldn't have -- I wouldn't have
9  been a part of it, and I wouldn't let that
10 arrest happen.  I mean, that's my job on both
11 sides, you know.

12      Q    Okay.  Based upon what you
13 observed on the scene, and what you learned
14 upon arriving on the scene, did you reasonably
15 believe that Ms. Makenta had committed a
16 crime?

17      A    Yes.

18      Q    That was your personal reasonable
19 belief?

20      A    Yes, sir.

21           MR. BRUCKHEIM:  I have no further
22 questions.