# Exhibit 3

1

IN THE SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA
CIVIL DIVISION

NEFRETITI MAKENTA,

    Plaintiff,              Civil Action No.
                                06-1093 (JR)
  v.

DISTRICT OF COLUMBIA,

    Defendant.

Tuesday, June 19, 2007

Washington, D.C.

DEPOSITION OF:

NEFRETITI MAKENTA

called for examination by counsel for the
Defendant, pursuant to notice of deposition, in
the law offices of the D.C. Attorney General, 441
4th Street, N.W., Washington, D.C., when were
present on behalf of the respective parties:

Case 1:06-cv-01093-JR   Document 18-4   Filed 06/21/2007   Page 3 of 6

14

1    A    But I didn't want to be rude and just
2    say, "Here's a dollar. Can you give me change?"
3    So I bought a blow-pop at 8:30 in the morning.
4    Q    Okay. After you got change, what did
5    you do?
6    A    After I got change, I walked back to
7    my car to put the change in the meter.
8    Q    Were you able to put the change in the
9    meter?
10   A    Well, I walked back to my car and then
11   I realized that he had given me two quarters and
12   two dimes and a nickel, and I walked back to him,
13   and then I thought -- well, I started to walk
14   back to him, and then midway I thought, well,
15   hey, it's a meter that takes, you know, dimes and
16   nickels, because I needed -- I was going to be
17   there for an hour, and I needed three quarters
18   basically.
19        So I walked back, but then I walked to
20   the meter and realized that it did take the dimes
21   and nickel, but I went ahead, and I tried to put
22   a quarter in the meter.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433         WASHINGTON, D.C. 20005-3701         www.nealrgross.com

1    while you were screaming?

2    A    Not that I can recall right now.

3    Q    Okay. Did they put the handcuffs on
4    you?

5    A    Well, I made it difficult because,
6    again, I thought that they were going to take me
7    to some place in some back wood something,
8    something, and you know, have their way with me.
9    So honestly, I just was screaming to try to get
10   anyone to witness what happened.

11        And I'm sorry. What was your
12   question?

13   Q    What was my question? Ultimately did
14   they handcuff you?

15   A    Ultimately they did handcuff me, yes.

16   Q    Okay. That's okay. Let's keep going.

17        You say ultimately they did handcuff
18   you. Can you recall which of the men did the
19   handcuffing?

20   A    I guess it was the same one that
21   pulled out the handcuffs.

22   Q    Did you see him put the handcuffs on

1  somebody saw me go to the hot dog stand, saw me
2  get change, saw me put coins in a meter.
3           MR. BRUCKHEIM:  Okay.
4           THE WITNESS:  So I shouldn't have been
5  arrested.
6           BY MR. BRUCKHEIM:
7      Q    Okay.  Is it your opinion that you
8  didn't insert any paper into the parking meter?
9      A    Definitely not.  I did not.
10 Definitely I did not.
11     Q    So the officers would be mistaken in
12 believing that you did insert the paper in the
13 meter?
14     A    Definitely.
15     Q    Did they tell you what they were
16 arresting you for?
17          MR. TEMPLE:  Objection.  Vague.
18          BY MR. BRUCKHEIM:
19     Q    Did Officer Carter or Officer Boone
20 tell you what they were arresting you for?
21     A    Well, they said because some one of
22 those other guys said I put paper in the meter.

1  Q  Okay.

2  A  That was the extent of what I knew
3  about why I was being handcuffed.

4  Q  This may seem like a silly question,
5  but did the officers ever tell you that they were
6  arresting you for the reason that they knew to be
7  false?

8  A  Did they tell me they were arresting
9  me for a reason that they knew to be false?  No.
10  They told me they were arresting me because
11  somebody said they saw something.

12  Q  Okay, and it's your position that
13  whatever these officers saw or were told that
14  somebody else saw, they were mistaken?

15  A  Definitely.

16  Q  Okay.  In your complaint you also made
17  a claim of intentional infliction of emotional
18  distress; is that correct?

19  A  I guess so.  Sure.

20  Q  Well, in that count it alleges that
21  you had suffered extreme embarrassment and
22  humiliation.  Is that true?