UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NEFRETITI MAKENTA,** | ) ) ) ) | |
| Plaintiff, | ) ) ) ) | Civil Action No. 06-1093 (JR) |
| Vs. | ) ) ) | |
| **DISTRICT OF COLUMBIA, et al.,** | ) ) ) | |
| Defendants, | ) | |

--------------------------------------------------------

**PLAINTIFF'S RULE 37(a) MOTION TO COMPEL DEFENDANTS' RESPONSE TO RULE 30(b)(6), AND REMAINING DEPOSITIONS**

COMES NOW Plaintiff, Nefretiti Makenta, pursuant to Federal Rule of Civil Procedure 37(a), and respectfully moves this Honorable Court to enter an Order compelling Defendant ACS Government Systems, Inc., to provide mutually convenient dates upon which Plaintiff can depose ACS's former employee and eyewitness Paul Hudson and further, to conduct a 30(b)(6) deposition.[1]  Plaintiff has advised Defendant of its intentions in this regard as early as June 25, 2007.

Plaintiff has attempted to reach opposing counsel on numerous occasions to discuss scheduling of remaining depositions and especially given Defendant District of Columbia's outstanding motion for summary judgment as well as the rapidly approaching trial date (October 13, 2007).  Plaintiff has left numerous messages with opposing counsel (at least six) and written two letters dated July 12 and 26, 2007. (See

---

[1] Defendant Paul Hudson allegedly inspected certain parking meter prior to the arrest of Mrs. Makenta. However, it is unclear at this time as to his specific actions.  This information is quite relevant, particularly as no witness thus far has testified to seeing the paper which defendant claim allegedly obstructed the meter.

Attached).  There has not been one response to either our calls or letters.  The Defendant's refusal to respond to Plaintiff's basic scheduling request has potentially prejudiced her case.

In the most recent letter dated July 26, 2007, Plaintiff once again requested that Defendant to contact this office to schedule those dates in order to preclude the necessity of filing this Motion.  Defendant has not responded.

WHEREFORE, for the above stated reasons, Plaintiff seeks this Court's intervention to require that Defendant provide at least two dates on which Plaintiff can schedule the aforementioned depositions.

                                        Respectfully submitted,

                                        _____/S/_____

Donald M. Temple, Esq. (#408749)
TEMPLE LAW OFFICES
1229 15th Street, NW
Washington, D.C. 20005
(202) 628-1101
(202) 628-1149 (fax)

Counsel for Plaintiff