UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NEFRETITI MAKENTA,** | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 06-1093 (JR) |
| Vs. | ) ) ) | |
| **DISTRICT OF COLUMBIA, et al.,** | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of Plaintiff's Motion to Compel Dates for depositions of Defendant's witness and a 30(b)(6) witness, it is hereby ___day of _____ 2007, by the United States District Court for the District of Columbia:

**ORDERED**, that the above referenced motion is GRANTED and that Defendant's counsel shall immediately provide there mutually convenient dates for the remaining depositions - all by no later than September 15, 2007.

_____
JUDGE JAMES ROBERTSON

Donald M. Temple, Esq.
1229 15th Street, N.W.
Washington, DC 20005

Frederick D. Cooke, Jr.
1155 Connecticut Avenue, N.W.
Suite 600
Washington, DC 200036