## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NEFRETITI MAKENTA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 06-1093 (JR) |
| vs. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT ACS GOVERNMENT SYSTEMS, INC.
### MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT

Defendant ACS Government Systems, Inc. (hereinafter "ACS"), by and through undersigned counsel, moves pursuant to the Rules of this Court for leave to file the attached motion for summary judgment in the above-captioned matter. As reasons for the grant of this motion, undersigned counsel states as follows:

1.  Dispositive motions were set to be filed in this matter by June 21, 2007 with a scheduled final pre trial conference on September 18, 2007 and a trial date set for October 3, 2007.

2.  The co-defendants (District of Columbia, Officer Carter, and Officer Boone) filed a motion for summary judgment in this matter on June 21, 2007, to which Plaintiff did not timely respond.

3.  The failure of Plaintiff to file a responsive pleading to co-defendants motion for summary judgment caused this Court to grant co-defendants motion for summary judgment as conceded on August 2, 2007.

4.     ACS submits that the attached motion for summary judgment (Attachment A hereto) is meritorious, that the interests of justice will be served by this Court's consideration of the motion for summary judgment, and that, considering the posture of this case, Plaintiff will not be prejudiced by the grant of leave to file the ACS motion for summary judgment

5.     Counsel for Plaintiff does not consent to the grant of the instant motion.

WHEREFORE, ACS respectfully requests that this Court grant its motion for leave to file its attached motion for summary judgment nunc pro tunc.


Respectfully submitted,


/s/ Frederick D. Cooke, Jr.

_____

Frederick D. Cooke, Jr., D.C. Bar No. 164608
Rubin, Winston, Diercks, Harris & Cooke, LLP
1155 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036
202 861 0870
202 429 0657 (facsimile)

Counsel for
ACS Government Systems, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**NEFRETITI MAKENTA,**     )
                       )
         Plaintiff,      )
                       )
                       )    Civil Action No. 06-1093 (JR)
vs.                  )
                       )
**DISTRICT OF COLUMBIA, et al.,**  )
                       )
        Defendants.    )

### <u>ORDER</u>

Upon consideration the motion of Defendant ACS for leave to file its motion for summary judgment in this matter, any opposition thereto, and the record herein, it is this

_____ day of _____, 2007 ORDERED that the motion is hereby GRANTED; and it is

FURTHER ORDERED, that the motion of Defendant ACS for summary judgment that could have been filed on or before June 21, 2007, and that was attached to its motion for leave to file such motion shall be accepted for filing nunc pro tunc.

 

_____
                Judge James Robertson

## **CERTIFICATE OF SERVICE**

I, Frederick D. Cooke, Jr., do hereby certify that on this 9th day of August, 2007 a copy of the foregoing Motion for Leave to File ACS Motion for Summary Judgment was sent by first class mail, postage pre paid to the following:

Donald Temple, Esq.
Temple Law Offices
1229 15th Street, NW
Washington, D.C. 20005

Michael P. Bruckheim, Esq.
Assistant Attorney General
Office of the Attorney General
441 4th Street, NW
6th Floor South
Washington, D.C. 20001

/s/ Frederick D. Cooke, Jr.
_____
Frederick D. Cooke, Jr.