UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NEFRETITI MAKENTA,** | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-1093 (JR) |
| Vs. | ) ) ) | |
| **DISTRICT OF COLUMBIA, et al.,** | ) ) ) | |
| Defendants. | ) ) | |

**OPPOSITION TO DEFENDANT'S ACS GOVERNMENT SYSTEMS, INC.
MOTION FOR LEAVE TO FILE MOTION
SUMMARY JUDGMENT**

Comes Now Plaintiff, Nefretiti Makenta, by and through the undersigned counsel and respectfully opposes Defendant's Motion for Leave to file Motion for Summary Judgment. Reasons for this Opposition are more fully stated below.

Defendant ACS's dispositive motion should have been filed on June 21, 2007; it was not. Morever, ACS has not complied with Plaintiff's reasonable discovery requests.[1] Plaintiff has dutifully advised the Defendant that it desired to take two (2) depositions of its employees and/or former employees. Despite repeated phone calls and written requests, no mutually convenient date was provided by Defendant for these requested depositions.

Notwithstanding Defendant's failure to cooperate with discovery requests, it now files a Motion for Leave to File a Summary Judgment more than six(6) weeks after the specified deadline. Such a request is significantly prejudicial to Plaintiff. In fact, Defendant's motion fails to identify any

---

[1] Plaintiff has filed a Motion to Compel in this regard.

justification for the lateness of its filing.

The merit of ACS's Motion is distinct from that of Defendant District of Columbia in that District police officers responded directly to ACS's accusation of Plaintiff's alleged criminal conduct (paper in meter) and determined based thereupon, that probable cause existed to executed arrest. Indeed, the standard of liability for police officers in this situation is different than the standard of liability for the actual accuser of wrongdoing who causes an innocent person to be arrested. Ms. Makenta's innocense remains an issue in this case.

Finally, to the extent that this court considers allowing Defendant to file this motion, Plaintiff respectfully urges the court, prior to allowing the filing, to require Defendant to facilitate a 30(b)(6) deposition and provide mutually convenient dates for the deposition of Defendant ACS's eye witness (former employee). Otherwise, Defendant would greatly benefit to Plaintiff's detriment producing critical witnesses and yet being allowed to significantly late file a Summary Judgment Motion of questionable merit.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court denies Defendant ACS's Motion for Leave to File its Motion for Summary Judgment.

Respectfully submitted,

_____
Donald M. Temple, Esq.
1229 15th Street, N.W.
Washington, DC 20005
202-628-1101
202-628-1149 fax
Templepc@aol.com