UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NEFRETITI MAKENTA,            :
                              :
    Plaintiff,                :
                              :
  v.                          : Civil Action No. 06-1093 (JR)
                              :
AFFILIATED COMPUTER SERVICES, *et* :
*al.*,                        :
                              :
    Defendants.               :

### ORDER

The motion of defendant Affiliated Computer Services for leave to late-file a motion for summary judgment [20] is **granted**.  Under F.R.Civ.P. 56(b), a defendant may move for summary judgment "at any time."  No deadline for such a motion was set by rule, or by notice given under a rule, or by order of this Court, see F.R.Civ.P. 6(b).  The June 21 due date for such a motion mentioned in the memoranda of the parties was not a deadline established by Court order, but was only "proposed" in a Rule 16.3 report filed by defendants District of Columbia and David Carter [7].  The D.C. Circuit's recent opinion in Smith v. District of Columbia, 430 F.3d 450, 456 (2005), is thus not implicated.

Plaintiff's motion to compel [19] is **denied**.  In her opposition to defendant's motion to late-file, plaintiff complains of defendant's "failure to cooperate" in discovery, but she has apparently done nothing except make informal requests;

she has not noticed a deposition, or filed interrogatories, or taken any of the formal steps that entitle her to an order compelling discovery.  Letters and telephone calls should be answered, but they impose no obligations under the Rules.

Plaintiff may have 21 days after the date of this order within which to respond to defendant's motion for summary judgment.  F.R.Civ.P. 56(f) is of course available to plaintiff, if she "cannot for reasons stated present by affidavit facts essential to justify [her] opposition," but plaintiff is on notice that, in the interest of justice, some reason other than her failure to conduct discovery will have to be presented before a continuance will be granted.

                                        JAMES ROBERTSON
                               United States District Judge