**EXHIBIT 1**
**DEPOSITION TRANSCRIPT EXCERPTS**
**OFFICER DAVID CARTER**

8

1   people employed by ACS.   I'm not sure - I can't

2   remember everybody that was involved in the actual -

3   it was a few people there.

4        Q    And what was the discussion in those

5   meetings?

6        A    Discussions in the meetings were about

7   problems with people tampering with parking meters.

8    They're constantly having to go out and fix them.

9   There's quite a few parking meters that were

10  damaged.

11       Q    As of April 12th, 2005, where were you

12  assigned?

13       A    I was assigned to the Second District,

14  Focus Mission Unit.

15       Q    And what was your actual job at that

16  time?

17       A    Focus Mission Unit, we encompass -

18  we  do  vice  investigations,  we  do  theft

19  investigations, we do robbery, different offenses.

20       Q    How is it that you came to be at the

21  area of 21st and H on the day of the incident?

22       A    That was an area that was chosen

9

1    because of a high area, or a high volume of problems

2    with parking meters being tampered with.

3         Q      How did you know that?

4         A      This information came to us through

5    ACS.

6         Q      Who at ACS provided it?

7         A      Aaron Gamble.

8         Q      And was Aaron Gamble in attendance at

9    the meetings, the ACS meetings?

10        A      Yes, yes.

11        Q      Where were those meetings held?

12        A      We had them at the Second District.

13        Q      Now, do you have any actual training in

14   meters, parking meters?

15        A      No.  I don't have any formal training,

16   no.

17        Q      Any certifications?

18        A      No.

19        Q      Do you know if Mr. Aaron does?

20        A      Yes, I believe he does.

21        Q      And the meter at issue, was it an

22   electronic meter?

11

1        BY MR. TEMPLE:

2        Q    And in this particular case, in

3   determining probable cause, would you have relied

4   upon Mr. Aaron for that purpose, or your own

5   observations?

6        A    Both.

7        Q    And had you arrested anyone in

8   conjunction with Mr. Aaron prior to April 12th?

9        A    Yes.

10       Q    Approximately how many people?

11       MR. BRUCKHEIM:  Same objection as to

12   relevance.  He can answer.

13       THE WITNESS:  I don't know.  I mean, I

14   haven't had a chance to review and like I said, it

15   was awhile ago.

16       MR. TEMPLE: Now on that particular day,

17   what shift were you working?

18       THE WITNESS:  I believe we were working

19   like the day-work shift.

20       BY MR. TEMPLE:

21       Q    Start time?

22       A    I think we were coming pretty early.

13

1          A     Correct. Because those were the only

2    ones we were observing at the time.

3          Q     And when you say you checked them out,

4    can you tell me what that consisted of?

5          A     The guys from ACS go around, and they

6    physically open up the meters, make sure there's no

7    foreign objects in them, make sure that they're

8    working properly.

9          Q     Did they make any notations or

10   documentation of those tests?

11         A     Not that I'm aware of, no.

12         Q     So there would be no record as to the

13   time that they actually checked these various

14   meters?

15         A     Not that I'm aware of.

16         Q     Did they also monitor, from the point

17   that they tested the meters, whether people actually

18   parked at those meters, after they tested them?

19         A     Yes, we sat there the entire time, from

20   the time we checked the meters until we left.

21         Q     Okay, what time did you leave?

22         A     After we made the arrest.

1          THE WITNESS: Not that I'm aware of.

2          BY MR. TEMPLE:

3          Q     Okay, and neither did you or your

4    partner?

5          A     No.

6          Q     Now, can you tell me what you observed

7    from this point, that you first saw Ms. Makenta park

8    her vehicle?  Did you see her park her vehicle?  Let

9    me ask you that.

10         A     Did I see her park her vehicle?  As I

11   said, I'm sure I did, but I don't have any personal

12   recollection of that right now.

13         Q     Okay, when do you remember first seeing

14   her?

15         A     I remember first seeing her at the

16   meter.

17         Q     At the meter?

18         A     Yes.

19         Q     Okay.  And you - tell me what you

20   recall seeing.

21         A     Just seeing her placing objects into

22   the meter.

27

1          Q      So all you saw was her interacting with

2     the meter?

3          A      Correct.

4          Q      And so what else did you observe after

5     she was - or as she was putting these objects into

6     the meter?

7          A      After she put the objects into the

8     mater - the meter flashes red when it goes onto

9     fail.

10         Q      And you saw the fail sign?

11         A      Yes, I could see it from where I was

12    sitting.

13         Q      And then what happened?

14         A      It was either Aaron or Paul, were

15    there.  Once she left the meter, they opened the

16    meter up and were able to retrieve the object that

17    was just placed into the meter.

18         Q      And help me understand a couple things

19    here.  What did they retrieve from the meter?

20         A      They retrieved a quarter and a piece of

21    paper.  A folded up piece of paper.

22         Q      Okay, did they give that to you?

1          Q       Did you ask her any questions on the

2    scene, after she was detained?

3          A       No.

4          Q       When she asked why she was being

5    arrested, what was she told?

6          A       She was told that she was being

7    arrested for tampering with the parking meter.

8          Q       And how did she learn that there was

9    paper in the meter?

10         A       We told her.

11         Q       Did you all show her?

12         A       I don't think so, I mean, but we may

13   have.  I just don't recall.

14         Q       Did you know that three coins were

15   retrieved from the meter?

16         A       It's possible there could have been.

17         Q       When you saw her put objects in the

18   meter, could you see her hand movement?

19         A       Yes.

20         Q       Okay.  And did you see repeated hand

21   movement, repeatedly putting coins in the meter?

22         A       I don't recall that.

1        Q      Did it ever appear to you that she was

2   trying to stick something in the meter, versus

3   depositing something in the meter, depositing a coin

4   in the meter?

5        A      Yes.

6        Q      And you saw that?

7        A      I said it appeared that way.  At that

8   point, when we see things that we may think - we

9   take a closer look, and that's why one of us gets

10  out of the vehicle to go look.

11       Q      What was the visibility at that

12  particular point in time, in terms of lighting?

13       A      It was bright daylight.

14       Q      You made the decision to arrest her?

15       A      Yes.

16       Q      And your decision was based not on your

17  observation, but on Mr. Aaron's observation?

18       A      Partly both.

19       Q      You didn't see her put paper in the

20  meter?

21       A      No, I saw her putting objects in the

22  meter, I just didn't know what was actually being

38

1    put into the meter.

2         Q    And you saw the fail sign appear on

3    the meter?

4         A    Correct.

5         Q    But your basis for determining to

6    arrest her was based upon the fact that the fail

7    sign came up and when you went to the meter, well,

8    let me ask you that.    When the fail sign came up,

9    what did you do at the meter?

10        A    After she left the meter, they opened

11   it up and were able to retrieve the items out of the

12   meter.

13        Q    And based upon the failed meter and

14   then opening the meter and retrieving the paper, you

15   concluded that she had put the paper in the meter?

16        A    Correct, and that Aaron Gamble was

17   there also and observed.    All with that surrounding.

18        Q    How would you know that someone else

19   didn't put the paper in the meter before her?

20        A    How would I know?

21             MR.    BRUCKHEIM:    Objection.    You    can

22   answer.

1      Q      Was it white paper?

2      A      I don't know.

3      Q      Was it thick or thin?

4      A      I don't really recall.

5      Q      When they took it out of the meter, did

6   they - who took it out of the meter?

7      A      Aaron Gamble.

8      Q      And what did he do at the point that he

9   took it out of the meter?

10     A      He took it out.

11     Q      Did he show it to you?

12     A      Yes, we all looked and saw it exactly

13  what it was.

14     Q      Okay, and then - and you do recall

15  specifically checking that meter on that day?

16     A      Yes.  We checked all the ones in that

17  particular area.

18     Q      But no log was made of the meters that

19  were checked?

20     A      Not that I'm aware of.

21     Q      Let me show you - I guess this is your

22  PD81 - property record. Where it says "the paper,"

43

1    stand out in my mind, and when I put them in

2    quotation marks, I put them in there because that's

3    exactly what a particular person - that's what they

4    say, and that's what I remember.

5         Q    Well when did she say that?

6         A    She said it on the scene, when

7    we were placing her under arrest.

8         Q    Did she say anything else?

9         A    She said a lot.

10        Q    What else did she say?

11        A    I don't remember verbatim, everything

12   else that she said.

13        Q    What does that mean, verbatim?

14        A    I just remember she was really upset

15   and she was screaming, she was yelling, she was

16   saying that we weren't police.  She was saying she

17   doesn't understand why she's being placed under

18   arrest.  It was things to that fact.

19        Q    Did she use any profanity?

20        A    Yes.  I believe.

21        Q    What did she say to you?

22        A    She was just screaming.  I shouldn't

49

1   Mr. Gamble's observation?

2       A    No.

3       Q    From where you were sitting, what was

4   your impression of Mr. Gamble's view of the parking

5   meter?

6       A    That he had a totally unobstructed

7   view and he was able to actually see, get definitely

8   a better shot of what she was doing, what she put in

9   the meter.

10      Q    You had testified that you actually,

11  with Mr. Gamble there, inspected the meter, opened

12  it up and found the objects inside.

13      A    Yes.

14      Q    You also testified that Mr. Gamble

15  told you that he saw Ms. Makenta insert the piece of

16  paper into the meter.

17      A    Yes.

18      Q    Those are two foundational questions

19  for this next question.  When Mr. Gamble told you

20  about his observation of Ms. Makenta inserting the

21  paper into the meter, did he tell you that before

22  you opened the meter up, or after you opened the

50

1    meter up?

2         A    He told me before.

3         Q    Okay.  And after the meter was opened,

4    the paper was discovered?

5         A    Yes.

6         Q    Okay.  At that point, was that when

7    you made the decision to place Ms. Makenta under

8    arrest?

9         A    Yes.

10        Q    How long did you wait outside before M

11   Ms. Makenta re-emerged from the building?

12        A    It was brief.  Ten, fifteen minutes,

13   maybe.

14        Q    And what was Ms. Makenta charged with?

15        A    Destruction of government property.

16        Q    Okay.  Is that a misdemeanor or a

17   felony?

18        A    That would be a felony.

19        Q    Have you made arrests for felony

20   destruction of property prior to arresting Ms.

21   Makenta?

22        A    Yes.

51

1        Q        Okay.  As to your knowledge of -

2    did you have any knowledge as to why destruction of

3    property in this case would constitute a felony as

4    opposed to a misdemeanor?

5        A        It's government property, and it's -

6    the cost is greater than $200.

7        Q        Based on your observations and Mr.

8    Gamble's  observations,  did  you  have  reason  to

9    believe that Ms. Makenta had committed that crime?

10       A        Yes.

11       Q        Did you have any reason to doubt that

12   she had committed that crime?

13       A        No.

14       Q        And did you act in accordance with your

15   belief?

16       A        Yes.

17       Q        I don't have anymore questions.

18       MR.   TEMPLE:   Was   that   meter   actually

19   destroyed,

20   by that paper being put into it?

21       THE WITNESS: It was rendered inoperable,

22   which   could   be   broken,   which   falls   under

57

1      Q      And the piece of paper that was taken

2      out of that meter, as it was folded, can you draw

3      that piece of paper, in terms of the size of it?

4      A      I don't know.

5      Q      Okay.  So you don't have any

6      recollection of that?

7      A      No.

8      Q      No further questions, thank you.

9             MR.  BRUCKHEIM:  I just have a couple of

10     followup.    Investigator  Carter,  can  you  describe

11     very  briefly  the  purpose  of  this  particular

12     operation that you were on?

13            THE  WITNESS:  The  purpose  of  it  -  we  had

14     discussed   that   there   were   large   areas   in   the

15     District  where  meters  are  being  tampered  with,  and

16     quite  a  few,  a  large  number  of  them,  were  being  put

17     on  fail,  which  means  that  they  cannot  accept  money.

18     Which  means  that  they  have  to  send  a  repair  person

19     out  there  to  have  the  meter  repaired.    And  this  is

20     apparent  that  this  has  been  intentional.    So  they

21     had  us  go  —  well,  ACS  would  identify  the  area  where

22     the  largest  problems  would  be,  and  that's  where  we

1   would go and set up surveillance.

2                    RECROSS EXAMINATION

3                    BY MR. BRUCKHEIM:

4        Q     Was the concern about working meters

5   being rendered into non-working meters?

6        A     Yes.

7        Q     Okay.  And the purpose of this

8   operation was to observe these meters and see if

9   anybody was rendering working meters into non-

10  working meters?

11       A     That's correct.

12       Q     How important was it to the operation

13  to ensure that every meter was in working order

14  before you began the operation?

15       A     It was very important.

16       Q     Why?

17       A     Because we wanted to make sure that

18  we gave everyone the benefit of the doubt as far as

19  the meters working.  And we did not want anybody to

20  go up to a meter that was not working, place objects

21  in the meter, it's not working - so we wanted to

22  make sure that every meter was working to prevent

1    from arresting innocent people.

2         Q    After all the meters were checked, and

3    before  you  began  the  observation  part  of  this

4    operation, did you have any reason to doubt that any

5    of the meters were in working order?

6         A    No.

7         Q    Okay.  So to your knowledge and

8    understanding, every meter was in working order?

9         A    That is correct.

10         Q    Are you familiar with the process of

11   papering?

12         A    Yes.

13         Q    What is that process?

14         A    That process is when we go before the

15   prosecuting  attorney  and  present  the  case.    We

16   present  to  the  prosecuting  attorney,  they  make  a

17   decision  as  to  whether  they're  going  to  go  forward

18   with the case or whether or not they're not going to

19   go forward with the case.

20         Q    Let me just ask, did you paper this

21   case?

22         A    Yes.