**EXHIBIT 2**
**DEPOSITION TRANSCRIPT EXCERPTS**
**AARON GAMBLE**

```
 1        Q    And then at what point does
 2   Officer Carter come in?
 3        A    Carter maybe arrived in 15
 4   minutes, 20 minutes after that.
 5        Q    So, between 6:15 and 6:20?
 6        A    20 I would say.
 7        Q    And what happens -- between 6:00
 8   and 6:20, what did you and Paul do?
 9        A    We started checking the meters
10   along with Detective Carter.
11        Q    And when Officer Carter comes,
12   what does he do?
13        A    The same, checking.  Once we
14   arrived on the scene, we waited for Detective
15   Carter to pull up.  At that point in time, we
16   started checking the meters along with
17   Detective Carter.
18        Q    Okay.  Now, you say "we started
19   checking".  Did you -- how did you all check
20   them?  I mean, there's you, Paul and Carter on
21   the scene.  What did you all do?
22        A    Open the meters up, look inside of
```

1  them, look in the coin tracks.  Basically,
2  you're just inspecting the coin tracks and
3  make sure that they're working properly.
4       Q    Did the three of you all do that
5  together or did you all split up?
6       A    I believe we split up but I'm not
7  really sure.
8       Q    Okay, and how do you all usually
9  do it?  You and Paul together, how was your
10 usual system for doing this?
11      A    If we're doing a sting operation?
12      Q    Yes, sir.  This is a sting here.
13 This is a sting?
14      A    Oh, okay.  Yes.
15      Q    Okay.  So what is you all's system
16 for checking the --
17      A    Well, there's nothing actually
18 wrong when I say sting, so I want to get that
19 clear.
20      Q    It is what it is.
21      A    All right.  Say that again, I'm
22 sorry.

```
 1        Q    What is you all's system, you and
 2   Paul, when you all split up the meters?  Do
 3   you take this half block, I take this half or
 4   you do it together?  What do you do?
 5        A    It depends on our staff but that
 6   particular day, I believe we might have walked
 7   all of them together but I'm not really sure.
 8   I can't really say.  I don't know.  I can't
 9   remember.  I don't recall.
10        Q    Okay.  Other than -- what time did
11   you leave the scene that morning?
12        A    Leave the scene?  I don't know
13   what time we left.  You're talking about after
14   the arrest?
15        Q    After Ms. Makenta's arrest, you
16   made another arrest.
17        A    We made another arrest.
18        Q    Okay, between the time that you
19   arrived on the scene and the time of Ms.
20   Makenta's arrest, did you make any calls on
21   your cell phone?
22        A    I don't know, it was two years
```

1  ago.

2      Q    Okay. Is it possible?

3      MR. COOKE: Objection. You can

4  answer.

5      THE WITNESS: Huh?

6      MR. COOKE: You can answer.

7      THE WITNESS: Oh, I'm sure it is.

8  I don't know.

9      BY MR. TEMPLE:

10      Q    Now, after you all checked the

11  meters, sir, Officer Carter arrives at 6:20

12  and you say it takes only around 30 minutes to

13  check the meters. So --

14      MR. COOKE: Objection to the form

15  of the question.

16      BY MR. TEMPLE:

17      Q    You say it takes 30 minutes or so

18  to check those meters?

19      A    I'm guessing.

20      Q    You're guessing. After you all

21  check the meters, you finished checking them,

22  let me strike that question.

```
1                You don't recall whether Mr. Aaron

2      (sic) was with you when --

3           A     I'm Aaron.

4           Q     I keep -- I'm sorry, Mr. --

5           A     Hudson.

6           Q     -- Hudson, Hudson was with you

7      when you checked the meters or whether he

8      checked them  separately; is that right?

9           A     Yes.

10          Q     You do recall at that point after

11     the meters were checked that you all did

12     something?

13          A     Yes.

14          Q     Do you know what you all did?

15          A     You said after the meters were

16     checked?

17          Q     Yes.

18          A     After the meters were checked and

19     Dave looked at all the meters they were

20     working properly at that point in time, we

21     just sat in the vehicle.

22          Q     You said when Dave looked at the
```

1  meters?

2     A    Carter, Officer Carter.  We all

3  checked -- once -- the process is that whether

4  we checked the vehicles (sic), I can't

5  remember as I stated before, I don't remember

6  how the meters were checked.  I know that

7  Carter would not allow us to do an operation

8  unless he inspects the meters.  So if Paul

9  says he checks those meters, and he leaves

10 them open for Carter to come behind him and

11 look inside of them, that could have happened.

12 I don't recall how we did everything that day.

13    Q    What does Carter do when he

14 actually does his thing, which is when he

15 checks them?  What does he do?

16    A    What we're doing is visually

17 inspecting, making sure that there's no

18 objects, nothing inside of the meter.

19    Q    So you're -- so there's a joint

20 inspection then.  You're saying you actually

21 inspect the meter.  Then Carter comes along

22 and he also conducts an inspection?

1       A     Yes.

2       Q     Does he actually pull a canister

3  out of the thing out and --

4       A     There's no need to pull a canister

5  out.

6       Q     So he actually looks at it and

7  then he closes it up?

8       A     He doesn't close it up.

9       Q     He looks at it.  So there's a two-

10 part thing.  You open it, you look at it,

11 Carter looks at and then you close it.

12      A     I close it.  Myself or Paul could

13 have closed it.  I'm not sure who would have

14 closed it.

15      Q     Were you wearing sunglasses that

16 morning, do you recall?

17      A     I don't recall.

18      Q     Now, whose car did you all sit

19 back in that morning?  You said you all sat

20 in a car after you conducted the inspections.

21      A     I think Paul sat in Dave's car and

22 I sat in the car that we road in.  I think

```
 1    with the -- she actually -- you see her go --
 2    how far is she from the meter when she's doing
 3    this tearing thing?
 4        A    She's right at the meter.
 5        Q    And then you see her put something
 6    in the meter?
 7        A    Yes.
 8        Q    And you don't know what the
 9    something was?
10        A    I don't know what the something
11    is.
12        Q    Okay.  And you say there may have
13    been a second time?
14        A    Yeah.
15        Q    Did you -- what did she do after
16    that?
17        A    After what part?  After she left
18    the meter is that --
19        Q    Yes, sir.
20        A    Is that what you're saying?
21        Q    Well, before -- let me reframe
22    that.  When she does that, what do you see in
```

1    A    At that point in time, she walks away. I don't recall if she went back to her car, but what I do remember is that she walked across the street toward the library. At that point in time, I ran to the meter, looked at the meter, saw the word "fail". You could see the paper inside of the coin track.

    I then signaled Kent -- I'm sorry, I keep saying Kent, Detective Carter that I had -- if I said something I probably said, "I got one".

Q    Okay, now, the coin track is where the coin goes in the meter, to be clear.

A    Yes, uh-huh.

Q    Okay, now, so you walk to the meter and you looked at the meter.

A    Uh-huh.

Q    You see the "fail" sign.

A    Yes.

Q    And you see paper.

A    Uh-huh.

Q    Okay, do you not see a quarter in

1   dimes, your nickels in there and they'll push
2   that behind there and it will force it down.
3   There's a censor somewhere in that coin track.
4   I'm not an expert on that, but there's a
5   sensor somewhere along there where it sends it
6   to the brain of the mec that there's something
7   in the coin track that makes it go fail.  So
8   I mean, it depends on how much paper somebody
9   puts in there.  I can't tell you that.  I
10  don't really know.
11              BY MR. TEMPLE:
12       Q    Okay, how long was she in the
13  library?
14       A    It wasn't even that long.  I don't
15  know, it wasn't -- I would say no more than
16  five minutes it seemed like.
17       Q    When you tell Officer Carter, "We
18  got one", what does he do?
19       A    He comes up, he runs up to where
20  I'm standing at.  He looks for himself.  I
21  pointed him, I says, "Look, look at the paper,
22  the meter is on fail".  He's like, "Who".

1   up or down.

2   Q    But that's where -- there's a stop.

3   Do you all go back across the street to the

4   meter at some point?

5   A    At that point in time, Detective

6   Carter identified himself as being a police

7   officer and identified who I was and we told

8   her what transpired and that we wanted -- at

9   that time, she said, "Oh, I just paid the

10  meter, I just paid the meter", and we wanted

11  to show her what she had did.  So at that

12  time, I believe it was Detective Carter

13  suggested that we go across the street to

14  actually show her.  That's where I volunteered

15  to open the meter and show her what happened.

16  Q    So when you opened the meter, what

17  do you -- tell me what happens at that point.

18  A    When I opened the meter, at that

19  point in time I showed her the paper.  I don't

20  recall if I pulled it out or if crime scene

21  came or whatever.  I don't recall that, but I

22  know that I showed her that paper because she

Case 1:06-cv-01093-JR   Document 24-3   Filed 08/16/2007   Page 13 of 14

101

1   she can see the paper that was inside of it,

2   but not actually physically removing it from

3   the mechanism.

4       Q    Okay. Did you on the 12th of April

5   2005, did you arrest Ms. Makenta?

6       A    No.

7       Q    Did Paul Hudson or any other ACS

8   employee arrest Ms. Makenta?

9       A    No.

10      Q    Did you assist in the arrest of Ms.

11  Makenta?

12      A    No.

13      Q    Did Mr. Hudson assist in the arrest

14  of Mr. Makenta?

15      A    No.

16      Q    Did you detain Ms. Makenta?

17      A    No.

18      Q    Did you ask the Metropolitan Police

19  Department to detain Ms. Makenta?

20      A    No.

21      Q    Did you ask the Metropolitan Police

22  Department to arrest Ms. Makenta?

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C. 20005-3701    www.nealrgross.com

1     A     No.

2     Q     On the morning of April 12th, 2005,
3 after you inspected -- after the meters on
4 that block were inspected, before Ms. Makenta
5 parked at the meter in question, did any other
6 individual park there?

7     A     No one parked at that particular
8 meter.

9     Q     Did any other individual -- did you
10 see any other individual put coins or approach
11 the meter like they were putting coins into
12 the meter?

13     A     No, not that particular meter.

14     Q     Okay, so Ms. Makenta was the first
15 person, to your knowledge, to approach that
16 meter.

17     A     Yes.

18     Q     To use that meter.

19     A     Yes.

20           MR. COOKE:  No further questions of
21 this witness at this time.

22           MR. TEMPLE:  Mike?