**EXHIBIT 3
DEPOSITION TRANSCRIPT EXCERPTS
PLAINTIFF NEFRETITI MAKENTA**

```
 1         Q    Okay.  Do you recall which street you
 2    parked it on?
 3         A    I don't recall.
 4         Q    Okay.  And after you picked up your
 5    coffee from the Starbucks, you got back in your
 6    car and went to the G.W. Media Center?
 7         A    Correct.
 8         Q    Okay, and you didn't make any stops --
 9         A    No.
10         Q    -- before doing that.  Okay.
11              And I have a copy of the police report
12    and it mentions what type of car you were
13    driving.  It says it was a white Infinity; is
14    that correct?
15         A    Correct.
16         Q    Okay.  Is that your car?
17         A    Correct.  It is.
18         Q    It's registered in your name?
19         A    Un-huh.
20         Q    Do you know if anybody else drives
21    that car other than you?
22         A    Just me.
```

1        Q   Just you, and the tags on that car --
2  again, I'm just reading from the report.  I just
3  want to make sure that's right -- has D.C. tags,
4  and then it says NIAMBI 1, and that's spelled for
5  the court reporter N-I-A-M-B-I 1?
6        A   Yes.
7        Q   Okay, and that was the vehicle you
8  were driving that day?
9        A   Yes, it is.
10       Q   Okay.  Now we can go back to the point
11 when you turned around to walk back out of the
12 G.W. Media Center.  Tell me what happened then
13 when you walked out.
14       A   Well, I started walking out of the
15 library, and there were four men walking toward
16 me.  In the middle of the street they sort of
17 stopped me and said that he said you put paper in
18 the meter or something like that.
19       Q   Can you describe what the men looked
20 like?
21       A   There were four black men of various
22 heights, ununiformed, jeans, sweatshirts and that

1  open the meter in front of me.  He just took his
2  key and just yanked it open, and I was terrified.
3  I mean, there's a quarter there.  Everybody can
4  see there's a quarter there.
5       The guy across the street saw me walk
6  to the hot dog stand, walk back to my car and go
7  to the meter, and put something in the meter, a
8  quarter.  He saw me.  He saw me, and he said to
9  me, he said, "Do you have any witnesses?"  That
10 same guy who was standing across the street, that
11 slim guy, he says, "Do you have any witnesses?"
12      And I was so confused because I said
13 to myself this guy was standing here the entire
14 time.  He's a witness, but yet he asked me do I
15 have any witnesses.  He saw me.
16      I said to him, I said, "You saw me
17 walk to the hot dog stand to get change, and you
18 saw me walk back to my car to the meter."
19  Q    Okay.
20  A    And so I started screaming.  I just
21 started screaming.  I didn't know what these men
22 were going to do to me.

NEAL R. GROSS
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          www.nealrgross.com

1        The next thing I know one of the guys
2   is taking out handcuffs, and I know there weren't
3   many people ont he street, and I just was trying
4   to get as many people to see (inaudible) because
5   I was scared.
6        Q    Okay.
7        A    I was scared that they were officer
8   and I did ask for them to show me their badges,
9   but nobody would show me their badges.  And I was
10  steady yelling, "Please help me, please help me,
11  somebody please help me.  I put a quarter in the
12  meter.  They said I put paper in the meter.
13  Please help me, somebody," and so I just started
14  screaming for help until enough people could
15  gather on the street so I would have some
16  witnesses to see what was happening to me.
17             MR. TEMPLE:  Do you have tissues?
18             MR. BRUCKHEIM:  I do not.  We can take
19  a moment or two if you want to grab some.  Do you
20  want to go off the record for a few minutes to
21  get some?
22             MR. TEMPLE:  Yes.

1  while you were screaming?
2      A   Not that I can recall right now.
3      Q   Okay.  Did they put the handcuffs on
4  you?
5      A   Well, I made it difficult because,
6  again, I thought that they were going to take me
7  to some place in some back wood something,
8  something, and you know, have their way with me.
9  So honestly, I just was screaming to try to get
10 anyone to witness what happened.
11     And I'm sorry.  What was your
12 question?
13     Q   What was my question?  Ultimately did
14 they handcuff you?
15     A   Ultimately they did handcuff me, yes.
16     Q   Okay.  That's okay.  Let's keep going.
17     You say ultimately they did handcuff
18 you.  Can you recall which of the men did the
19 handcuffing?
20     A   I guess it was the same one that
21 pulled out the handcuffs.
22     Q   Did you see him put the handcuffs on