**EXHIBIT 4
DEPOSITION TRANSCRIPT EXCERPTS
OFFICER KENNETH BOONE**

1   already explained to her what they saw her do.

2       Q    You said you guess.  But you don't
3   know?

4       A    No, I wasn't there.

5       Q    Okay.

6       A    I can only assume.

7       Q    So by the time you arrived on the
8   scene, the communication between Mr. --
9   Officer Carter and Ms. Makenta had already
10  commenced.

11      A    Yes.

12      Q    Okay.  Let me ask you something.
13  What time did you start work on that
14  particular day?

15      A    I don't recall.  I don't even
16  recall the time that this happened.  I mean,
17  it was a while ago, and I didn't really keep
18  it in my mind.

19      Q    Okay.  I'm going to show you what
20  we've marked as Exhibit 1.  Just giving you
21  that to look at to refresh your recollection
22  as to the time.

1   there or something.

2   Q   You don't have a copy of that with
3   you?

4   A   Yes.

5   Q   Can I see it, please?  Sir, this
6   particular card, just for the record, is an
7   identification card, and it looks like a hole
8   at the top right above the picture.  And this
9   would have been hanging from your neck on a
10  chain?

11  A   Not a chain but maybe something
12  like a string or something.

13  Q   A string or something?  And other
14  than this being on your neck, did you say,
15  "Ms. Makenta, let me show you my
16  identification, so that I can confirm for you
17  that I'm a police officer"?

18  A   No.

19  Q   And did you -- when she refused to
20  be handcuffed, did you actually participate in
21  her arrest?

22  A   Yes.

40

1  Q    On that 23rd Street surveillance,
2  did you observe them actually inspect the
3  meters?
4  A    I don't recall.
5  Q    Okay. When they would inspect the
6  meters -- you have seen them inspect the
7  meters, is that correct?
8  A    Correct.
9  Q    Would they have any documentation
10 to make a note to confirm that the meter was
11 functioning?
12 A    Not that I saw, no.
13 Q    Did you know that Paul no longer
14 works for ACS?
15 A    Yes.
16 Q    And how did you learn that?
17 A    Well, Mr. Gamble advised me.
18 Q    And when did he tell you that?
19 A    I don't know the month or the -- I
20 believe last year sometime.
21 Q    Did he tell you why he no longer
22 worked with ACS?

```
1       A    I don't recall.  He just -- no, I
2　don't recall.
3       Q    Mr. Gamble did not tell you why?
4       A    I don't recall.
5       Q    And that conversation, where would
6  that have occurred?
7       A    Cell phone.
8       Q    Is Mr. Gamble a personal friend of
9  yours?
10      A    Now he is, yes.
11      Q    And so have you all talked about
12  this particular incident involving Ms. Makenta
13  on a personal level?
14      A    Yes.
15      Q    And how many times?
16      A    I don't know.
17      Q    You at some point found out that
18  she was suing --
19      A    Yes.
20      Q    -- ACS?  How did you learn that?
21      A    By Mr. Gamble.
22      Q    And did he call you or tell you
```

42

1  that?

2  　　　A　　Yes.

3  　　　Q　　And what did he tell you?

4  　　　A　　That along with us being sued she

5  is suing ACS also.

6  　　　Q　　Did you all discuss the lawsuit?

7  　　　A　　No, not -- I mean, we discussed

8  her I guess, yes, suing us, but I didn't

9  really have anything to discuss.

10  　　　Q　　Now, you are aware, are you not,

11  that there was a subsequent arrest on that

12  same street before 10:00 that morning?

13  　　　　　MR. BRUCKHEIM:  Objection as to

14  relevance.  You can answer if you know.

15  　　　　　THE WITNESS:  Yes.

16  　　　　　BY MR. TEMPLE:

17  　　　Q　　How do you know that?

18  　　　　　MR. BRUCKHEIM:  Same objection.

19  You can answer.

20  　　　　　MR. TEMPLE:  Do you want to just

21  raise a continuing objection?

22  　　　　　MR. BRUCKHEIM:  To the extent that


43

1   you're going to ask questions on a subsequent

2   arrest, yes, I want to raise a continuing

3   objection.  You can answer the questions.

4          THE WITNESS:  Based on my

5   recollection, I stayed, I believe.

6          BY MR. TEMPLE:

7   Q   So you didn't actually leave the

8   scene after Ms. Makenta was arrested?  You

9   remained on the scene, is that correct?

10  A   Yes, until the scene was clear.

11  Q   When you say "the scene was

12  clear," what do you mean by that?

13  A   Until there was no need for us to

14  be there on the street at all.

15  Q   How long were you all on that

16  street that day?

17  A   I don't know, sir.

18  Q   Sir, you participated in a

19  subsequent surveillance, would that be

20  correct?

21  A   I don't know.  I don't remember

22  that.  I do remember another arrest, but I

1    Q    You can answer.

2    A    No.

3    Q    If you had gotten that impression, what would you have done?

5    MR. TEMPLE: Objection.

6    BY MR. BRUCKHEIM:

7    Q    You can answer.

8    A    I wouldn't have -- I wouldn't have been a part of it, and I wouldn't let that arrest happen. I mean, that's my job on both sides, you know.

12    Q    Okay. Based upon what you observed on the scene, and what you learned upon arriving on the scene, did you reasonably believe that Ms. Makenta had committed a crime?

17    A    Yes.

18    Q    That was your personal reasonable belief?

20    A    Yes, sir.

21    MR. BRUCKHEIM: I have no further questions.