UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

NEFRETITI MAKENTA                         :

    Plaintiff,                              :            Civil Action No.: 1:06 -1093 (JR)

    v.                                           :

                                                                         :

DISTRICT OF COLUMBIA, et al.

    Defendants.                          :

## ERRATA SHEET

Attached is a copy of Plaintiff's exhibits in support of Plaintiff's opposition titled, " Plaintiff's Opposition to Defendant ACS's Motion For Summary Judgment." The opposition was file on September 05, 2007, but the exhibits were omitted from Plaintiff's opposition and not filed due to technical scanning problems.

                                                           Respectfully submitted,

                                                               /s/
                                                        Donald M. Temple, Esq.
                                                        Temple Law Offices
                                                        1229 15th Street, NW,
                                                        Washington, D.C. 20005
                                                        (202) 628-1101

                                                        **Attorney for Plaintiff**