# EXHIBIT #1

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NEFRETITI MAKENTA,              )
                                )
          Plaintiff,            ) Civil Action No.:
                                ) 06-1093 (JR)
v.                              )
                                )
DISTRICT OF COLUMBIA, et al.,   )
                                )
          Defendants.           )
                                )

Washington, D.C.
Wednesday, March 14, 2007

DEPOSITION OF:
              DAVID CARTER

called for examination by counsel for the
Defendants, pursuant to notice of deposition, in
the Office of Attorney General for the District of
Columbia, 441 4th Street, N.W., 6th Floor South,
Washington, D.C. 20001, when were present on
behalf of the respective parties:



**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433      WASHINGTON, D.C. 20005-3701      www.nealrgross.com

1   Q   Did it ever appear to you that she was
2   trying to stick something in the meter, versus
3   depositing something in the meter, depositing a coin
4   in the meter?
5   A   Yes.
6   Q   And you saw that?
7   A   I said it appeared that way. At that
8   point, when we see things that we may think - we
9   take a closer look, and that's why one of us gets
10  out of the vehicle to go look.
11  Q   What was the visibility at that
12  particular point in time, in terms of lighting?
13  A   It was bright daylight.
14  Q   You made the decision to arrest her?
15  A   Yes.
16  Q   And your decision was based not on your
17  observation, but on Mr. Aaron's observation?
18  A   Partly both.
19  Q   You didn't see her put paper in the
20  meter?
21  A   No, I saw her putting objects in the
22  meter, I just didn't know what was actually being

1   look?

2       A    I believe it was Aaron Gamble.

3       Q    And where - did you see where Aaron
4   Gamble was standing to get a closer look?

5       A    He was just standing closer to the
6   plaintiff, a lot closer than I was.

7       Q    Did he go get a closer look before the
8   meter flashed on fail, or after the meter flashed on
9   fail?

10      A    Before.

11      Q    After Ms. Makenta left the meter, did
12  you get out of the vehicle?

13      A    Yes.

14      Q    And you approached the meter?

15      A    Yes.

16      Q    Did you speak with Mr. Gamble about
17  his observations when he was getting a closer look?

18      A    Yes.

19      Q    And what did Mr. Gamble tell you?

20      A    He told me that she placed a piece of
21  paper in the meter.

22      Q    Did you have any reason to question

```
 1    Mr. Gamble's observation?
 2         A    No.
 3         Q    From where you were sitting, what was
 4    your impression of Mr. Gamble's view of the parking
 5    meter?
 6         A    That he had a totally unobstructed
 7    view and he was able to actually see, get definitely
 8    a better shot of what she was doing, what she put in
 9    the meter.
10         Q    You had testified that you actually,
11    with Mr. Gamble there, inspected the meter, opened
12    it up and found the objects inside.
13         A    Yes.
14         Q    You also testified that Mr. Gamble
15    told you that he saw Ms. Makenta insert the piece of
16    paper into the meter.
17         A    Yes.
18         Q    Those are two foundational questions
19    for this next question.  When Mr. Gamble told you
20    about his observation of Ms. Makenta inserting the
21    paper into the meter, did he tell you that before
22    you opened the meter up, or after you opened the
```

...

1            THE WITNESS: Well, we observed the meter in
3    perfect operation the entire time we were there.
4            MR. TEMPLE: But what would trigger the fail
6    mechanism on the meter?
7            THE WITNESS: When it's tampered with.
8            BY MR. TEMPLE:
9       Q    So if I were to stick a piece of paper
10   in a meter, the fail mechanism would be triggered?
11      A    Yes.
12      Q    No matter how far it's put into the
13   meter?  Do you understand my question?  In other
14   words, if I were to fold a piece of paper and stick
15   it into the meter - by the way, how big was the
16   paper that was in the meter?
17      A    I don't recall.
18      Q    You actually opened it at some point?
19      A    Yes, it was opened and it was taken
20   out.
21      Q    I mean, was it an eight by eleven?
22      A    I don't know.

```
1        Q    Was it white paper?
2        A    I don't know.
3        Q    Was it thick or thin?
4        A    I don't really recall.
5        Q    When they took it out of the meter, did
6   they - who took it out of the meter?
7        A    Aaron Gamble.
8        Q    And what did he do at the point that he
9   took it out of the meter?
10       A    He took it out.
11       Q    Did he show it to you?
12       A    Yes, we all looked and saw it exactly
13  what it was.
14       Q    Okay, and then - and you do recall
15  specifically checking that meter on that day?
16       A    Yes.  We checked all the ones in that
17  particular area.
18       Q    But no log was made of the meters that
19  were checked?
20       A    Not that I'm aware of.
21       Q    Let me show you - I guess this is your
22  PD81 - property record. Where it says "the paper,"
```

1    there, it describes the paper. Where it says
2    quantity, it says two. What does that mean?
3        A    It could have been two pieces of paper.
4        Q    Did you ever see two pieces of paper?
5        A    I only recall seeing one.
6        Q    Did you prepare that document?
7        A    Yes.
8        Q    Do you recall writing two there?
9        A    That could be a mistake also. I mean,
10   I'd have to see what's placed in the evidence
11   envelope.
12       Q    Where is the evidence envelope? Where
13   was it the last time that you saw it?
14       A    When it was placed on the property
15   book. The day of the arrest.
16       Q    After that, who would be the custodian
17   of the evidence?
18       A    I don't know what particular person, I
19   mean it's in the custody of the Metropolitan Police
20   Department.
21       Q    Do you know what section, or where?
22       A    Probably our property division. Which

1  meter up?
2     A    He told me before.
3     Q    Okay.  And after the meter was opened,
4  the paper was discovered?
5     A    Yes.
6     Q    Okay.  At that point, was that when
7  you made the decision to place Ms. Makenta under
8  arrest?
9     A    Yes.
10    Q    How long did you wait outside before M
11 Ms. Makenta re-emerged from the building?
12    A    It was brief.  Ten, fifteen minutes,
13 maybe.
14    Q    And what was Ms. Makenta charged with?
15    A    Destruction of government property.
16    Q    Okay.  Is that a misdemeanor or a
17 felony?
18    A    That would be a felony.
19    Q    Have you made arrests for felony
20 destruction of property prior to arresting Ms.
21 Makenta?
22    A    Yes.

1  Q    So is it your testimony that they went
2  to each and every meter on that block?
3  A    Yes.
4  Q    And how long did it take to test each
5  meter?
6  A    Probably about twenty, maybe thirty
7  minutes.
8  Q    Per meter?
9  A    No, no, to do them all.
10 Q    To do them all. And when they tested
11 each meter, all four of you were at the meter when
12 they tested it?
13 A    All four of us? No, all four of us
14 were not.
15 Q    So who was at the meters?
16 A    Well, I mean we weren't at each meter
17 at a time. I mean, Paul would check some and then
18 Aaron would check some.
19 Q    So were you with Paul or Aaron?
20 A    I was primarily with Aaron.
21 Q    Okay, and did Aaron check meters on
22 both sides of the street?

1   Q   You have personal knowledge, did you
2   see Paul go to every meter?
3   A   No, he didn't go to every meter,
4   because Aaron checked some meters.
5   Q   I mean did you see Paul go the meters
6   that Aaron did not check?  Each and every meter that
7   Aaron did not check?
8   A   I don't have any personal recollection
9   at this time.
10  Q   Do you recall, I mean, did Aaron check
11  all the meters on the south side of the street and
12  Paul checked all the meters on the north side of the
13  street?
14  A   Again, I don't recall which meters -
15  exactly which meters he checked.
16  Q   What was the traffic flow between
17  6:30 and 8 o'clock on that particular street?
18  A   I really don't recall right now.
19  Q   And is it your testimony that she
20  only - she went into a building and she came out
21  only fifteen minutes later?
22  A   It was roughly around that time.