# EXHIBIT #2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NEFRETITI MAKENTA,

    Plaintiff,

v.

DISTRICT OF COLUMBIA,
et al.,

    Defendants.

Civil Action No.
06-1093 (JR)

Monday, June 25, 2007

DEPOSITION OF:

AARON GAMBLE

called for examination by counsel for the
Plaintiff, pursuant to notice of deposition,
at Temple Law Offices, 1229 15th Street, NW,
Washington, DC, at 2:00 p.m., when were
present on behalf of the respective parties:

ORIGINAL

1   Q   And then at what point does
2   Officer Carter come in?
3   A   Carter maybe arrived in 15
4   minutes, 20 minutes after that.
5   Q   So, between 6:15 and 6:20?
6   A   20 I would say.
7   Q   And what happens -- between 6:00
8   and 6:20, what did you and Paul do?
9   A   We started checking the meters
10  along with Detective Carter.
11  Q   And when Officer Carter comes,
12  what does he do?
13  A   The same, checking. Once we
14  arrived on the scene, we waited for Detective
15  Carter to pull up. At that point in time, we
16  started checking the meters along with
17  Detective Carter.
18  Q   Okay. Now, you say "we started
19  checking". Did you -- how did you all check
20  them? I mean, there's you, Paul and Carter on
21  the scene. What did you all do?
22  A   Open the meters up, look inside of

1  them, look in the coin tracks.  Basically,
2  you're just inspecting the coin tracks and
3  make sure that they're working properly.
4       Q    Did the three of you all do that
5  together or did you all split up?
6       A    I believe we split up but I'm not
7  really sure.
8       Q    Okay, and how do you all usually
9  do it?  You and Paul together, how was your
10 usual system for doing this?
11      A    If we're doing a sting operation?
12      Q    Yes, sir.  This is a sting here.
13 This is a sting?
14      A    Oh, okay.  Yes.
15      Q    Okay.  So what is you all's system
16 for checking the --
17      A    Well, there's nothing actually
18 wrong when I say sting, so I want to get that
19 clear.
20      Q    It is what it is.
21      A    All right.  Say that again, I'm
22 sorry.

1   meters?

2          A    Carter, Officer Carter.  We all

3   checked -- once -- the process is that whether

4   we checked the vehicles (sic), I can't

5   remember as I stated before, I don't remember

6   how the meters were checked.  I know that

7   Carter would not allow us to do an operation

8   unless he inspects the meters.  So if Paul

9   says he checks those meters, and he leaves

10  them open for Carter to come behind him and

11  look inside of them, that could have happened.

12  I don't recall how we did everything that day.

13         Q    What does Carter do when he

14  actually does his thing, which is when he

15  checks them?  What does he do?

16         A    What we're doing is visually

17  inspecting, making sure that there's no

18  objects, nothing inside of the meter.

19         Q    So you're -- so there's a joint

20  inspection then.  You're saying you actually

21  inspect the meter.  Then Carter comes along

22  and he also conducts an inspection?

1  would guesstimate about five cars, maybe five
2  or four car lengths away to the point where I
3  could see a car pulling up at that meter>
4      Q    Were you five cars away from the
5  front of her car or the rear of her car?
6      A    Front.
7      Q    What did she do when she exited
8  her vehicle?
9      A    When she exited her vehicle, she
10 walked to the parking meter.
11     Q    And?
12     A    Once -- I saw her -- once I saw
13 her pull up I walked closer to the vehicle,
14 just to see, you know, what was going on.  I
15 saw her exit the car.  By that time there's a
16 wall diagonally across from the meter that I
17 was standing -- I kind of positioned myself
18 kind of diagonal from her where I could see
19 direct line of the meter and what was going on
20 at the meter.
21          So at that point in time she got
22 out of the vehicle, she walked towards the

1  meter.  She looked at the meter.  I don't
2  recall if she went in her purse or not but I
3  do recall a movement like this --
4      Q    When you say "a movement like" --
5      A    It looks like tearing mode and I
6  saw the placement of something going into the
7  meter.  What that was, I do not know.
8      Q    Let me ask you this; you indicate
9  that it was a tearing movement.  Now, you saw
10 her at that point immediately after the
11 tearing mode put her hand in the direction of
12 the meter.
13     A    In the direction of the meter,
14 yes.
15     Q    Now, how many times did you see
16 her put her hand to the meter?
17     A    How many times?
18     Q    Yes.
19     A    I'd have to give you a
20 guesstimate.
21     Q    You don't remember?
22     A    I don't recall how many times.  I

1    A    You're saying in Exhibit A?

2    Q    A, B, or D, let's say A.

3    A    It would be -- where that
4    individual is, right there that was walking
5    with all
6    black --

7    Q    Yes, sir.

8    A    -- it would be like that distance.

9    Q    I note in the photograph, there's
10   no area where it looks like a wall there.  So
11   it would have to be farther back; is that
12   right?

13   A    This doesn't -- I don't even
14   recall the hotdog stand being that close.

15   Q    But you do recall a hotdog stand?

16   A    Across the street, but it wasn't
17   on the same side of the street as she was.  As
18   matter of fact, it was.  I don't recall the
19   placement of that.

20   Q    Okay, now we're saying a number of
21   things here.  First thing, you do recall a
22   hotdog stand in approximately the same

1        A    Yes.

2        Q    What did you say?

3        A    I don't know what I said.

4        Q    So you seen her get out of the
5   car, go to the meter.  Then you see her flip
6   something and then put her hand to the meter.

7        A    I didn't say tossed.

8        Q    What was she doing?

9        A    I said almost like it looked like
10  a tearing mode.

11       Q    Okay, but did you see paper in her
12  hand when you saw her in this tearing --

13       A    I couldn't tell what was in her
14  hand.

15       Q    Okay, did you see anything in her
16  hand?

17       A    I can't tell -- I couldn't tell
18  what was in her hand.

19       Q    Visibility at that time was how
20  good?

21       A    It was pretty good.

22       Q    Did you see after she -- in this

1  far as the reading failed or something; is
2  that what you're asking me?
3       Q    Yes, yes.
4       A    No.
5       Q    Okay, and then when she put the
6  second something in the meter, okay, did you
7  see a response from the meter?
8       A    Did I see her response from --
9       Q    Did you see the meter respond to
10 that?
11      A    My sight is not that good.  I
12 can't read the meter from that.
13      Q    So you can't really see what's
14 happening with the meter at that point.
15      A    I can see the actions -- the
16 individual's action of the meter, I can see
17 that but as far as what the meter will read,
18 I couldn't see that.  I would probably have to
19 be standing right behind her.
20      Q    Okay.  So then after she puts the
21 second object in the meter, what happened
22 then?

```
 1    day.
 2         Q    But you don't recall whether you or
 3    Carter took the paper out of the mec?
 4         A    If someone was to take it out, if
 5    we did take it out, it would be myself or
 6    Paul.
 7         Q    Do you recall whether you or Paul
 8    took the paper out of the mec?
 9         A    No, I don't recall.
10         Q    Is there a description of the paper
11    provided to anyone on that particular scene?
12         A    A description of the paper?
13         Q    Yeah.
14         A    Not that I recall.
15         Q    Color, size, anything like that?
16         A    No.
17         Q    Did you make any notes or anything
18    at that time?
19         A    (Inaudible)
20         Q    You never saw Ms. Makenta go to the
21    vendor after she exited the vehicle?
22         A    No, she never went to the vendor.
```

```
1        Q     You're certain of that.
2        A     Positive.
3        Q     You're saying positive?  The meter
4   that she was at, is that a meter that you
5   personally inspected?
6        A     I don't recall.
7        Q     You don't recall?
8        A     I don't recall.
9        Q     Did you ask Paul was it a meter
10  that he inspected?
11       A     I don't recall.
12       Q     How do you know that that
13  particular meter had been inspected prior to
14  Ms. Makenta?
15       A     Visually -- usually visually,
16  visually seeing someone inspect it, that's how
17  I know, whether it was myself inspecting it.
18  Regardless of -- let me explain the process
19  again.  Regardless if Paul inspects it, myself
20  inspects it, Mark Dereck inspects it or anyone
21  in the company inspects it, MPD has to oversee
22  each entire meter that we're setting up the
```

1  the meter at that time?
2       A    I remember there was some type of
3  change in there.
4       Q    So in terms of sequence, did you
5  see the paper -- you could see the paper
6  visually from looking at the meter without
7  opening it; is that right?
8       A    Yes.
9       Q    Okay, and you -- do you recall if
10 you could see the quarter --
11      A    I can't tell you whether it was
12 quarter, pennies, dimes or nickels.  I
13 honestly won't say that.
14      Q    Did you see a coin in addition to
15 the paper?
16      A    I don't want to say that.  I don't
17 know.  Mainly what I'm looking for is the
18 paper.  If I see a paperclip or something.  I
19 know what drew my attention to it is one, that
20 the meter said fail, two, that I saw paper,
21 and I know that paper wasn't in there.
22      Q    Now, if there were a coin there,

1  dimes, your nickels in there and they'll push
2  that behind there and it will force it down.
3  There's a censor somewhere in that coin track.
4  I'm not an expert on that, but there's a
5  sensor somewhere along there where it sends it
6  to the brain of the mec that there's something
7  in the coin track that makes it go fail.  So
8  I mean, it depends on how much paper somebody
9  puts in there.  I can't tell you that.  I
10 don't really know.
11                 BY MR. TEMPLE:
12      Q    Okay, how long was she in the
13 library?
14      A    It wasn't even that long.  I don't
15 know, it wasn't -- I would say no more than
16 five minutes it seemed like.
17      Q    When you tell Officer Carter, "We
18 got one", what does he do?
19      A    He comes up, he runs up to where
20 I'm standing at.  He looks for himself.  I
21 pointed him, I says, "Look, look at the paper,
22 the meter is on fail".  He's like, "Who".

```
 1   was saying, "I paid the meter, I paid the
 2   meter, I paid the meter".
 3        Q    When you showed her the paper, how
 4   did you show her the paper?
 5        A    If I turned -- like I said, if I
 6   turn it up side down, you can look right into
 7   the coin track or if I show you this way, the
 8   amount of the paper that you can see, you can
 9   either see if from the front or if I turn it
10   up, you can see there's paper inside the coin
11   track.
12        Q    Did you ever take the paper out of
13   the coin track?
14        A    I can't recall if we took it out or
15   if we called crime scene or something like
16   that.  I don't recall.
17        Q    Do you remember what color that
18   paper was?
19        A    I don't recall that, no.
20        Q    When you took the coin track out --
21        A    We didn't take the coin track out.
22   We took the mec out.
```

```
 1    coin track?
 2         A    I believe it was.  I do believe it
 3    was.  I'm not sure.
 4         Q    Okay. Do you have any recollection
 5    of what it was, one or more coins?
 6         A    I don't know.
 7         Q    Do you recall seeing crime scene
 8    arrive?
 9         A    That's what I was saying, I don't
10    recall.  I don't know if they -- if we took it
11    out, the officer would -- at that point in
12    time, normally what will happen is that that
13    meter becomes the property of the Metropolitan
14    Police, so they would have to take that in for
15    evidence or something like that.  We don't
16    touch it at that point in time.  So if we took
17    it out, nine times out of 10, it would
18    probably be myself or Paul would take it out
19    and then hand it over to the police officer or
20    they could take the whole mec and then put it
21    in an evidence bag and take it into property,
22    but I'm not sure how that was handled that
```

1   did, but, I mean, it was various ways we
2   probably could have did it.  But we wouldn't
3   actually put it back -- if I opened it and
4   looked, a lot of times what I recall myself
5   doing is just leaving it up on top of there,
6   so it's just sitting up there and him coming
7   behind and looking at it saying, "Okay", and
8   then he'll just set it back down there.  I'll
9   come behind and lock them back up.
10          Q    So I'm a little confused.  In terms
11   of the actual inspection of the meters, would
12   it happen in a sequential way where you look
13   and inspect and then he comes behind you or
14   would it happen simultaneously where he stands
15   and watches you?
16          A    He did it a variety of ways.  He
17   would stand --
18          Q    On this particular day.
19          A    On that particular day, I couldn't
20   give any details on how we did it.  I really
21   don't know.  I can only assume.
22          Q    Can you give me an idea as to what

1   Q   And did the paper cover the whole
2   track, the whole entryway?
3   A   I would have to guess.
4   Q   You don't remember that.
5   A   I don't recall.
6   Q   Do you remember whether the paper
7   was folded?
8   A   No, I don't recall.
9   Q   Did you ever look at the paper to
10  see if it was torn?  Do you remember whether
11  you did?
12  A   I don't, no.  My whole part of the
13  operation is to, like I say, if there's paper
14  in there, you don't pay the meter by putting
15  paper in the meter, so that's the only thing
16  I'm looking for.  Paper actually causes the
17  meter to go and fail, so that's what I'm
18  looking for.
19  Q   Did you ask Paul whether he had
20  checked that particular meter?
21  A   No.
22  Q   Did you ask Officer Carter whether