**EXHIBIT #3**

1

IN THE SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA
CIVIL DIVISION

NEFRETITI MAKENTA,

    Plaintiff,

v.

DISTRICT OF COLUMBIA,

    Defendant.

Civil Action No.
06-1093 (JR)

Tuesday, June 19, 2007

Washington, D.C.

DEPOSITION OF:

    NEFRETITI MAKENTA

called for examination by counsel for the Defendant, pursuant to notice of deposition, in the law offices of the D.C. Attorney General, 441 4th Street, N.W., Washington, D.C., when were present on behalf of the respective parties:

NEAL R. GROSS
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433         WASHINGTON, D.C. 20005-3701         (202) 234-4433

1   or saying "un-huh."  Again, that's for the
2   benefit of the court reporter who's going to be
3   writing down or typing down, rather, every word
4   that's spoken here at the deposition.
5           Once you give an answer to a question,
6   I am going to move on to the next question and
7   assume that you understood the question that I
8   asked.  If you don't understand the question that
9   I asked just let me know and I'll try to rephrase
10  it in a better way.
11          I would also ask that we try to avoid
12  speaking at the same time, which means I will try
13  not to ask another question if you're still in
14  the process of giving your answer, and I would
15  also ask that you wait to give an answer until I
16  finish asking my question even if you already
17  know what I'm going to say and what your answer
18  is going to be.  And, again, this is for the
19  benefit of the court reporter because it's tough
20  for the reporter to take down testimony when two
21  people are speaking at the same time.
22          If you'd like to take a break for any

1        A     That's an apartment.

2        Q     Okay.  Do you own that apartment or

3    were you renting at the time?

4        A     Renting.

5        Q     Okay.  Do you still rent that

6    apartment?

7        A     I do.

8        Q     So when you say you go between

9    addresses, you go between your apartment and the

10   home address where your mom is?

11       A     Un-huh.

12       Q     Is that a yes?

13       A     Yes.  Sorry.

14       Q     Okay.  I know.  It will take some time

15   to get used to.

16             Have you ever been known by any names

17   other than --

18       A     No.

19       Q     -- your given name?

20             Okay.  Did you grow up in the District

21   of Columbia?

22       A     I did.

```
 1        Q    Did you attend high school?
 2        A    I did.
 3        Q    Where did you go?
 4        A    Woodrow Wilson Senior High School.
 5        Q    And when did you graduate?
 6        A    I graduated in 1980 -- it was so long
 7   ago -- I guess it was '89.  I think it was '89.
 8        Q    Okay.  Did you go on to college from
 9   there?
10        A    Yes.
11        Q    Okay.  Where did you attend college?
12        A    I went to Utica College of Syracuse
13   University in Upstate New York, and I also went
14   for graduate school to U.C. Berkeley in Berkeley,
15   California.
16        Q    Okay, and what did you go to graduate
17   school for?  What was your specialty?
18        A    Journalism.
19        Q    Okay.  And you're currently employed
20   as a journalist?
21        A    Yes.
22        Q    Okay.
```

1   A   Journalist-film maker.

2   Q   Okay. Do you work for a particular

3   publication as a journalist?

4   A   Right now I am working on a

5   documentary for PBS which should be airing by the

6   end of the year.

7   Q   Oh, great. How long have you been

8   working on that documentary?

9   A   For several years. I received a grant

10  from them. It was licensed by them about three

11  years ago to complete it.

12  Q   On April 12th of 2005, were you

13  involved in the making of that documentary?

14  A   I was.

15  Q   Were you doing any -- aside from your

16  work on the documentary, were you doing any other

17  types of work like writing work?

18  A   Some free lance writing, yeah, but

19  mostly I kind of started to just work on the

20  film, finishing the film.

21  Q   Okay. When you would do free lance

22  writing, would you just get a particularly

1   Q   Okay. Any type of drugs or
2   prescription medication?
3   A   No.
4   Q   Okay. Now, on the date of the
5   incident -- I can have your indulgence for a
6   second.
7       (Pause in proceedings.)
8       BY MR. BRUCKHEIM:
9   Q   Now, the date of the incident, you
10  were parked at a parking meter, and this is in
11  the 2100 block of H Street, N.W.?
12  A   Correct.
13  Q   And the purpose of your parking there
14  was to go to the G.W. Media Center?
15  A   Correct.
16  Q   Okay. Now, you allege in your
17  complaint that prior to or, rather, after you
18  parked there you went and got change from the
19  vendor.
20  A   Correct.
21  Q   Where was this vendor located?
22  A   The vendor was about two car lengths

1  in front of my car.
2      Q    On the same side of the street as
3  where you parked?
4      A    On the same side of the street.
5      Q    And what type of vendor was it?  Was
6  it just sort of your general vendor that had all
7  different kinds of snacks and drinks or --
8           MR. TEMPLE:  Objection.
9           MR. BRUCKHEIM:  You can answer.
10          MR. TEMPLE:  You can answer.
11          THE WITNESS:  Yes.
12          BY MR. BRUCKHEIM:
13     Q    Okay, and had you seen or did you know
14  that vendor prior to the April 12th, 2005?
15     A    No.
16     Q    Okay.  So you went up to the vendor
17  and asked for change?
18     A    Specifically I asked him if he had
19  anything for a quarter because I only actually --
20  I was only going to him to get change, and I told
21  him that.
22     Q    Okay.

1    A    But I didn't want to be rude and just
2    say, "Here's a dollar. Can you give me change?"
3    So I bought a blow-pop at 8:30 in the morning.
4    Q    Okay. After you got change, what did
5    you do?
6    A    After I got change, I walked back to
7    my car to put the change in the meter.
8    Q    Were you able to put the change in the
9    meter?
10   A    Well, I walked back to my car and then
11   I realized that he had given me two quarters and
12   two dimes and a nickel, and I walked back to him,
13   and then I thought -- well, I started to walk
14   back to him, and then midway I thought, well,
15   hey, it's a meter that takes, you know, dimes and
16   nickels, because I needed -- I was going to be
17   there for an hour, and I needed three quarters
18   basically.
19        So I walked back, but then I walked to
20   the meter and realized that it did take the dimes
21   and nickel, but I went ahead, and I tried to put
22   a quarter in the meter.

1   Q   Okay, and when you tried to put that
2   quarter in the meter, you know, did it go in?
3   A   No, it got stick.
4   Q   So when you saw that it got stuck,
5   what did you try to do?
6   A   Well, I used one of the other quarters
7   he gave me to try to push the quarter in, down.
8   Q   And when what happened with that?
9   A   Nothing.  The quarter was just stuck.
10  Q   So did you notice did the meter do
11  anything in response to your trying to push the
12  quarter to the meter?
13  A   Well, it just said "fail."
14  Q   The meter said "fail"?
15  A   Un-huh.
16  Q   When you were trying to push the
17  quarter in?
18  A   I believe it was when I was trying to
19  push the quarter in on top of the quarter that
20  was already stuck there, yeah.
21  Q   And you said it register "fail" while
22  you were in front of it?

1      Q     Just you, and the tags on that car --
2  again, I'm just reading from the report.  I just
3  want to make sure that's right -- has D.C. tags,
4  and then it says NIAMBI 1, and that's spelled for
5  the court reporter N-I-A-M-B-I 1?
6      A     Yes.
7      Q     Okay, and that was the vehicle you
8  were driving that day?
9      A     Yes, it is.
10     Q     Okay.  Now we can go back to the point
11 when you turned around to walk back out of the
12 G.W. Media Center.  Tell me what happened then
13 when you walked out.
14     A     Well, I started walking out of the
15 library, and there were four men walking toward
16 me.  In the middle of the street they sort of
17 stopped me and said that he said you put paper in
18 the meter or something like that.
19     Q     Can you describe what the men looked
20 like?
21     A     There were four black men of various
22 heights, ununiformed, jeans, sweatshirts and that

```
 1    sort of garb, medium height, stocky, short.
 2        Q    Okay.  You say that none of them were
 3    in uniform?
 4        A    No.
 5        Q    Did any of them identify themselves to
 6    you as police officers?
 7        A    One of them did say something with
 8    regard to that, yes. Of course, I did not believe
 9    it.
10        Q    Okay.  I mean, well, I'll get to that
11    in a second.  I just want to get some more info
12    based on what you said.  You said one of the men
13    said that you had put paper in the meter.
14        A    Un-huh.
15        Q    Do you recall which man said that?
16        A    I believe it was the taller officer,
17    the brown skinned officer, not the black skinned
18    person, who said that, and he said, "He said you
19    put paper in the meter." He was pointing out the
20    person who I noticed when I first drove up.
21        Q    Okay.
22        A    I don't know his name.
```

1      Q    Okay.  This person that you noticed
2 when you first drove up, what did you notice
3 about him?
4      A    Well, I just noticed that he kept
5 packing back and forth across the street.  He was
6 brown skinned, slim, medium height, and it was --
7 the street was very quiet that morning.  I don't
8 know if students were in classes or what have you
9 around 8:15 or so, but he kept staring at me, and
10 I just thought it was strange that he kept
11 staring at me.  That's why I noticed him, because
12 there was an -- it was just pretty much the hot
13 dog stand purchasing and me on the street, and
14 this guy packing back and forth in front of the
15 library.
16     Q    Okay, and so when these four men came
17 up to you and one of them said, "He said that" --
18     A    All of them came up to me, and I said,
19 "No, I didn't put paper in the meter."  I said --
20 I said, "No, I didn't put paper in the meter."  I
21 said, "I put a quarter in the meter."  And I
22 mean, I said, "You can -- you know, come take a

1   look at the -- you know, look in the meter.
2   There's a quarter sitting right there."
3              And they said -- and then the guy who
4   kept staring at me across the street yelled out,
5   "Yes, you did because I saw you do it."
6              And I said, "Come take a look.
7   There's a quarter right there."
8              So all of us walked across to the
9   meter, and I was just in shock. I was confused,
10  flabbergasted. I thought it was a joke. Quite
11  honestly, I thought it was a joke initially.
12             You know, so we all walk over to the
13  meter, and they're all gathered around me, and I
14  point out the fact that there's a quarter there.
15  There's a quarter still sitting in the meter,
16  still sitting right, and I said, "See."
17       Q    And what happened after you pointed
18  out the quarter in the meter?
19       A    The guy, the skinny guy yanked open
20  the meter.
21             Well, first of all, I told them that
22  I felt like I was being harassed because you all

1   see the quarter right here.  I don't understand
2   what you're talking about, and I kept asking them
3   to show me their badges, show me their badges,
4   but when I was in the middle of the street, that
5   was the first time I asked someone to show me
6   their badges, and only one person showed me their
7   badge, and he flashed it really quick.  I've
8   never seen a badge in my life.  No badge has ever
9   been flashed at me in my life.  So I had no
10  reason to believe that these men coming up to me
11  in the middle -- in the wee hours of the morning
12  on a practically empty street were doing anything
13  above board.  I was terrified.
14          Q    Okay.  So we're still at the point
15  where you said that they had opened the meter in
16  front of you; is that right?
17          A    Un-huh.  They opened the member.  I
18  mean, I didn't -- by that point, I was so scared
19  I just started screaming trying to get -- because
20  the guy who was standing across the street, he
21  yanked open the meter in front of me.  He -- like
22  it was really aggressive.  Like he just yanked

1    The next thing I know one of the guys
2    is taking out handcuffs, and I know there weren't
3    many people ont he street, and I just was trying
4    to get as many people to see (inaudible) because
5    I was scared.
6        Q    Okay.
7        A    I was scared that they were officer
8    and I did ask for them to show me their badges,
9    but nobody would show me their badges.  And I was
10   steady yelling, "Please help me, please help me,
11   somebody please help me.  I put a quarter in the
12   meter.  They said I put paper in the meter.
13   Please help me, somebody," and so I just started
14   screaming for help until enough people could
15   gather on the street so I would have some
16   witnesses to see what was happening to me.
17           MR. TEMPLE:  Do you have tissues?
18           MR. BRUCKHEIM:  I do not.  We can take
19   a moment or two if you want to grab some.  Do you
20   want to go off the record for a few minutes to
21   get some?
22           MR. TEMPLE:  Yes.

```
 1    somebody saw me go to the hot dog stand, saw me
 2    get change, saw me put coins in a meter.
 3              MR. BRUCKHEIM:  Okay.
 4              THE WITNESS:  So I shouldn't have been
 5    arrested.
 6              BY MR. BRUCKHEIM:
 7         Q    Okay.  Is it your opinion that you
 8    didn't insert any paper into the parking meter?
 9         A    Definitely not.   I did not.
10    Definitely I did not.
11         Q    So the officers would be mistaken in
12    believing that you did insert the paper in the
13    meter?
14         A    Definitely.
15         Q    Did they tell you what they were
16    arresting you for?
17              MR. TEMPLE:  Objection.  Vague.
18              BY MR. BRUCKHEIM:
19         Q    Did Officer Carter or Officer Boone
20    tell you what they were arresting you for?
21         A    Well, they said because some one of
22    those other guys said I put paper in the meter.
```

1    A    I can't really give you a definition
2    in that regard. I can tell you perhaps my
3    feelings.
4    Q    Okay.
5         MR. TEMPLE: Objection.
6         BY MR. BRUCKHEIM:
7    Q    Well, tell me if you can explain how
8    you were suffering from post traumatic stress
9    disorder. In other words, what were you going
10   through that led to that diagnosis?
11   A    Just feelings of -- just helplessness,
12   fear, isolation, anxiety, nightmares. I just
13   feel like there's no protection for me anymore.
14   I see feel like I'm just out here alone, like all
15   the thoughts that I had that -- I just feel that
16   -- just feelings of being isolated and just
17   afraid, and it's nothing that I've done.
18   Q    And these are feelings that you've had
19   since the incident?
20   A    Yes.
21   Q    And Dr. Sparrow is the first doctor
22   that you visited after the incident with respect

1      Q     Who represented you at your criminal
2   case?
3      A     Jeanette Henry.
4      Q     And do you know if she ever saw the
5   paper that was put in the meter?
6      A     She did not.
7          MR. TEMPLE: No further questions.
8          MR. BRUCKHEIM: Okay.
9          MR. TEMPLE: We will read and sign.
10          (Whereupon, at 11:31 a.m., the
11   deposition of Nefretiti Makenta was concluded,
12   signature being exercised.)
13
14
15
16
17
18
19
20
21
22