# EXHIBIT #4

# PROPERTY RECORD

Metropolitan Police Department – Property in the Custody of the Property Division – Washington, D.C.

| 1. Property Control No. | 2. Receiving Elem. | 3. Property Book & Page No. | 4. CCN | | 5. No of Items | 6. No. of Associates | 7. DEA Lab Number |
|---|---|---|---|---|---|---|---|
| | 2D | 1113/335 | 046-042 | Page 1 of 1 | 1 | 1. | N/A |

| 8. CSES Number | 9. Name of Member Recovering Property | Badge No. | 10. Name of Member Preparing Return | Badge No. |
|---|---|---|---|---|
| | Carter, David, M | 217 | Carter, David, M | 217 |

## PART I: Description of Property

Use the following codes to classify property in Item E below.

- A – Abandoned
- B – Turned Over to Police for Destruction
- C – Suspected Proceeds of Crime
- D – Estate of Deceased
- E – Evidence
- F – Found
- G – Safekeeping-Recovered Stolen Auto
- H – Held for Civil Forfeiture
- I – Impounded
- J – Removed from Impounded Vehicle
- K – Set out for Eviction
- L – Prisoner's Property
- M – Alleged Mentally Ill

| 1. Date recovered | 2. Where was property found? |
|---|---|
| 3/12/05 | In Parking Meter 2100 Fl St. NW |

| A. Item No. | B. Description of Item | C. Color | D. Serial Number | E. Classification | F. Currency | G. Storage Size | H. Storage Facility | I. Storage Location | J. Gambling Related | K. Drug Related | L. Cigarettes | M. Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Paper | white | n/a | E | 2 | | | | | | | |

## PART II: Motor Vehicles Impounded or in Custody

| Tag Number | Registration State/Year | Body Style | No. of Tires | Make | Year of Manufacture | Vehicle Identification Number |
|---|---|---|---|---|---|---|
| | | | | | | |

| Anti-freeze in vehicle? ☐ Yes ☐ No | Radiator tagged and drained? (Date) ☐ Yes ☐ No | Auto Theft Notified (Name, date & time) | Teletype notified (Name, date & time) |
|---|---|---|---|
| | | | |

## PART III: Property Released

| Item No. | Released to (Signature) | Address | Returned By (Initials) | Date of Release | Method of Disposition | Sale Price | Fees to D.C. Treasury |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

P.D. 81 Rev. 1/2002   ***COMPLETE ALL REQUIRED FIELDS AND MAKE (4) COPIES FRONT TO BACK***

Jan. 27 2006 01:57PM   FAX NO. : 3015621344   FROM :   P4