**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NEFRETITI MAKENTA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-1093 (JR) |
| AFFILIATED COMPUTER SERVICES, *et al.*, | : |
| Defendants. | : |

### ORDER

For the reasons set forth in the accompanying memorandum, the motion of defendant ACS for summary judgment [24] is **granted in part and denied in part.** Plaintiff's claim brought under 42 U.S.C. § 1983 is **DISMISSED.** The remainder of this case is **REMANDED** to the Superior Court of the District of Columbia. It is **SO ORDERED.**

JAMES ROBERTSON
United States District Judge